## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAYMOND A. HOFF and NANCY B. HOFF,<br><br>            Plaintiffs<br><br>v.<br><br>AVCO CORPORATION; ET AL<br><br>            Defendants | CASE #: 3:24-cv-00206-OAW<br><br><br><br>MAY 10, 2024 |

### DEFENDANT DEXTER HYSOL AEROSPACE, LLC'S
### RULE 7.1 DISCLOSURE STATEMENT

Defendant Dexter Hysol Aerospace, LLC submits the following disclosure in accordance with Fed. R. Civ. P. 7.1:

Dexter Hysol Aerospace, LLC is a wholly-owned subsidiary of Henkel US Operations Corporation, which is a subsidiary of Henkel of America, Inc., which is a subsidiary of Henkel of America I LLC, which is a wholly-owned subsidiary of Henkel AG & Co. KGaA.  No other company owns 10% or more of the stock of Dexter Hysol Aerospace, LLC.

Respectfully submitted,
Dexter Hysol Aerospace, LLC

By:  */s/ Christy E. Jachimowski / Juris #ct29980*
Christy E. Jachimowski
LEWIS BRISBOIS BISGAARD & SMITH, LLP
185 Asylum Street
Suite 2603
Hartford, Connecticut 06103
HartfordEService@LewisBrisbois.com
Christy.Jachimowski@LewisBrisbois.com
Tel: (860) 566-8045
Fax: (860) 748-4857

140150968.1

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of May, 2024, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

*/s/ Christy E. Jachimowski*
Christy E. Jachimowski

140150968.1  2