# Asbestos Exposures of Raymond Hoff

Michael J. Ellenbecker, Sc.D., CIH
May 16, 2025

I have been retained by Plaintiff to render opinions regarding Raymond Hoff's exposure to asbestos, history of the state of the medical, scientific, industry, and company knowledge concerning asbestos-related hazards, and the necessity for warnings. This report summarizes my qualifications and my opinions in this case.

## Qualifications

I am a Professor Emeritus of Occupational and Environmental Hygiene, and Co-Director Emeritus of the Massachusetts Toxics Use Reduction Institute at the University of Massachusetts Lowell. Attached as **Attachment 1** hereto is a copy of my curriculum vitae. The information contained in my curriculum vitae is true, and I incorporate that information by reference into this report. I hold a Doctor of Science degree from the Harvard University School of Public Health, and I am certified in the comprehensive practice of industrial hygiene. I have studied the health hazards and properties of airborne contaminants as they relate to the potential for exposure. I am an expert in the fields of industrial hygiene, aerosol science, and exposure assessment and control for airborne contaminants. Also, I have testified by deposition and/or at trial in over 200 asbestos-injury lawsuits over the past 40 years. My rate for reviewing documents and preparing reports is $450/hour and my rate for testimony at deposition or trial is $550/hour.

I have been a professor of industrial hygiene since 1981. From 1981 to 1986, I taught at the Harvard University School of Public Health. For the last 35 years, I have been a professor of industrial hygiene at the University of Massachusetts Lowell, moving to emeritus status in September 2014. I am one of the founding faculty members of that university's Department of Work Environment. Since 1987, I and other internationally renowned faculty members of the Department of Work Environment have prepared hundreds of professionals for careers in the health, safety, and environment fields.

Industrial hygiene is a part of the field of occupational health that is concerned with protecting workers from exposure to hazardous substances, be they chemicals or physical agents. Industrial hygiene is concerned with: (1) identifying and evaluating exposures of workers to hazardous materials; (2) comparing those exposures to health standards; and (3) designing control strategies when workers are exposed to excessive levels of hazardous materials. An airborne contaminant is any material suspended in the air that people can inhale and that can be deposited in the lung and cause adverse health effects.

Industrial hygiene is concerned with recognizing hazards in the workplace. An important component of recognizing asbestos hazards in the workplace is the identification of the products that contained asbestos. During the course of my education and experience, I have gained knowledge about the different types of asbestos products and the years that those products were

manufactured with asbestos. I have reviewed analyses of thousands of asbestos samples of all types including bulk samples, micro-vacuum and static dust samples, and air samples. Through my work as an industrial hygienist, I have become familiar with asbestos and asbestos-containing products, and how such products were used at commercial, residential, and industrial sites.

I have participated in demonstrations, reviewed experiments, and performed tests in which asbestos-containing materials or their residue were disturbed during routine work operations and activities which resulted in the release of significant concentrations of airborne asbestos-containing dust. Measurements were made of either airborne and/or surface asbestos dust released during these operations. Such tests have demonstrated that significant numbers of asbestos fibers are released when work operations and activities are undertaken with or around asbestos-containing materials. The release of asbestos fibers into the environment results in elevated airborne asbestos concentrations for some time and leads to the deposition of asbestos onto nearby surfaces. Such tests also indicate that workers engaged in the normal use of these asbestos-containing products in most cases are exposed to elevated concentrations of airborne asbestos.

Over the course of my more than 40 years of experience in industrial hygiene, I have reviewed and considered hundreds – if not thousands – of items in the scientific and industrial hygiene literature focusing on asbestos exposures. I have also published articles and co-authored textbooks in the industrial hygiene literature regarding asbestos exposures and the deleterious health effects of asbestos-dust inhalation. One of those textbooks is entitled Ventilation for Control of the Work Environment. That textbook teaches students to design ventilation systems to control exposures of workers to airborne contaminants. As a result of my specialized knowledge, training, and experience, I have been qualified to testify as an expert witness in numerous asbestos-injury lawsuits in California and other states, on matters pertaining to both the scientific and industrial-hygiene aspects of asbestos, and the historical development of the scientific and industrial-hygiene community's knowledge of asbestos-related health hazards (also known as "state-of-the-art").

My opinions regarding general industrial hygiene practice are based on my education, training, and experience in this discipline, now spanning over 40 years, as described above. With respect to asbestos, I have also reviewed and considered much of the wealth of information available concerning this topic, including but not limited to hundreds of published and unpublished studies, reports, memoranda, and related documents. I also rely on the extensive OSHA rulemaking record as published in the Federal Register over the past 50 years (including notices of proposed rules and preambles to final standards); NIOSH criteria documents addressing asbestos; EPA guidance documents and regulations concerning asbestos; and other relevant safety and health regulations and guidelines over the years.

## **<u>Documents Reviewed</u>**

I have reviewed the following case-specific materials in this case:

1. Letter from Shepard O'Donnell dated March 11, 2025;

2. Deposition of Raymond Hoff, Vol. 1 and 2; and
3. Expert report of Theodore Cecchini.

I anticipate that I may review additional materials as they become available during discovery. I expect to review other reports from any other expert who issues a report in this case. I may offer additional opinions once I have had the opportunity to review other expert opinions.

## Personal and Work History of Raymond Hoff

Numbers in brackets refer to the first volume of Mr. Hoff's deposition, unless otherwise indicated. Mr. Hoff was born on November 20, 1949, in Boonville, Missouri [12:10-13]. He lived on a farm outside of Boonville and in town until he left for the Air Force in 1969 [14:1-23]. Mr. Hoff's father was a farmer and a truck driver and at "various times" worked for McGraw-Edison [19:21-23]. He also worked as a janitor at a manufacturer of mobile homes [27:10-20].

His father performed preventive maintenance on their farm equipment, but Mr. Hoff did not recall him doing any brake work; Mr. Hoff himself did no work on the farm equipment [22:4-20]. Mr. Hoff's father worked in the chrome plating and metal stamping areas at McGraw-Edison [24:21-24]. Mr. Hoff's mother worked in a shoe factory, at a clothing store, and at McGraw Edison [20:7-10], where she repaired toaster ovens [30:23-24].

Based on his deposition testimony, Mr. Hoff held the following positions (dates are approximate):

- 1966-67, stock boy, A&P grocery
- 1967-69, attendant, Conoco service station
- 1969-93, mechanic, U.S. Air Force
- 1996-2016, contract employee, U.S. Air Force.

Based on Mr. Hoff's testimony discussed below, it is my scientific opinion that Raymond Hoff was routinely exposed to elevated concentrations of airborne asbestos fibers from his work in the U.S. Air Force and at the Conoco service station. In addition, he had non-occupational exposure to asbestos from his personal automotive work and home remodeling work. His work and exposures are discussed below.

## Conoco Service Station

Mr. Hoff described his work at the service station:

9 What did you do at the filling station?
10 A. I pumped gas, changed oil, changed tires, washed
11 cars, general maintenance, general cleanup.
12 Q. You said general maintenance. What -- what was
13 general maintenance?
14 A. Removing and installing batteries, wiper blades,

15 headlights.
16 Q. When do you recall working at this filling station?
17 A. That would have been 1967 through '69. [43:9-17]

The station employed two mechanics, the owner and his brother [43:18-23]:

8 Did they have maintenance bays or service bays at
9 that -- at the filling station?
10 A. Yes. They had three.
11 Q. Did they have any lifts for the cars?
12 A. Yes. There were lifts in two of the bays.
13 Q. Did you assist the mechanics in any work at the
14 filling station?
15 A. Yes.
16 Q. What did you assist with?
17 A. I assisted with balancing tires, removing and
18 installing tires. I would assist with brake work, tune-ups
19 and such as that. [44:8-19]

20 Q. How did you help with the brake changes?
21 A. I would remove the tires. I would also -- I would
22 be on one side of the vehicle and the other mechanic would
23 be on the other side and we -- I would pull off the brake
24 drums and start disassembling the brake assemblies off of
1 the vehicles.
2 Q. Okay. Did you ever bring the new brakes to the
3 mechanics?
4 A. Yes.
5 Q. Did you ever open the box of new brakes and take
6 them out?
7 A. Yes.
8 Q. Okay. Do you associate any dust with the brake
9 jobs that were done at Conoco?
10 A. Yes, there was.
11 Q. Okay. Can you explain that?
12 A. There would -- there would be dust in the brake
13 drums and on all of the components of the axle and -- excuse
14 me -- the axle that you would have to clean off. You would
15 use a -- use a cleaning brush and dust it off and push it
16 out of the way. And it would fall on the floor and then you
17 would clean that up at a later time when you were finished
18 with the work.
19 Q. So you were also responsible for cleaning up the
20 repair bays?
21 A. That is correct [Vol 2 90:20-91:21]

8 Q. Okay. Do you recall how frequent there was brake
9 work done at the facility by the mechanics?
10 A. It was very rare. Probably the total number was
11 six. [45:8-11]

3 Q. How about any clutch work?
4 A. Maybe once or twice. [45:3-4]

**U.S. Air Force**

Mr. Hoff testified that he attended basic training at Lackland Air Force Base in 1969 [15:2-4]. He was then assigned to the following locations:

- Chanute Air Force Base, Rantoul, Illinois: 1969
- Shaw Air Force Base, Sumter, South Carolina: 1969-1972
- Sheppard Air Force Base, Wichita Falls, Texas: 1972
- Vietnam & Thailand: 1972-1973
- Chanute Air Force Base, Rantoul, Illinois: 1973-1974
- Castle Air Force Base, Atwater, California: 1974-1980
- Dover Air Force Base, Dover, Delaware: 1981-1993.

After completing basic training, Mr. Hoff attended jet engine school at Chanute AFB [47:22-23]. He was taught how to maintain a jet engine, using the J-57 engine for hands-on instruction [48:9-11].

Shaw Air Force Base

After completing jet engine school, Mr. Hoff was assigned to Shaw AFB:

7 Q. Okay. That's from -- well, so you went to Shaw in
8 October of 1969; right?
9 A. Correct.
10 Q. What did you -- what did you do when you got to
11 Shaw Air Force Base?
12 A. I was assigned to a crew in build up and tear down
13 of the J-57 engine.
14 Q. All right. How long were you on that crew working
15 on the J-57 engine?
16 A. I worked various crews. I do not know the length
17 that I was on that particular crew. But I worked on the
18 J-57 through probably 1970.
19 Q. What other crews did you work on at Shaw besides
20 the J-57 crew?
21 A. I worked on J-79s.
22 Q. Okay. Any other crew?
23 A. No.

Q. All right. What -- well, let's do this first. So the J-57 and J-79, those are the military designation of those engines; correct?
A. That is correct.
Q. What -- who is the manufacturer of a J-57?
A. Pratt & Whitney.
Q. Do you know what aircraft -- strike that. Versus -- were the -- who manufactured the J-79?
A. General Electric.
Q. Was -- when you were at Shaw, was it a repair depot or were you repairing engines pulled out of the aircraft stationed at that Air Force Base?
A. We were repairing engines that were pulled out of the aircraft at that station.
Q. Okay. So what aircraft were the J-57s at Shaw from?
A. They were from the F-100 Super Sabre and the F-101 Voodoo.
Q. And do you know who manufactured those two different aircraft?
A. McDonnell-Douglas I know manufactured the F101. I'm not sure of the exact manufacturer of the F-100. [54:7-55:21]

Q. Okay. So on a day-to-day basis, can you tell me what work you did as part of that J-57 crew?
A. We would -- there's various things you would do during the repair phase. First, you would inspect the motor to see what external components that were damaged or broken that needed replaced. You'd also start the disassembly and you would disassemble it to the point of the repair needed. And then you would start the reassemble of the engine. After the engine was built up you would send it to test cell where it was test run to make sure it met all of the parameters required for the aircraft. And then you would bring it back to the shop and finish any minor maintenance that was still required before it was turned serviceable and put into the spare line. [57:6-19]

The engine maintenance was performed in a hangar that was 300 feet long with six 20-foot bays [59:1-5]. The only mechanical ventilation was provided by pedestal fans [59:16].

Mr. Hoff described his assessment of the asbestos used on the J-57 engine:

Q. Just sticking to these J-57s, though, during your time at Shaw. Is there anything that you believe with your work with those J-57 engines that exposed you to asbestos?

8 A. There was clamps on the engine that were classified
9 as asbestos clamps. There was insulation on the vapor
10 barrier that I don't know exactly what it was, but it could
11 have been asbestos in it because it was in the hot section
12 of the motor. [60:5-12]

He thought that the only asbestos used on the J-79 engine "would have been the asbestos clamps":

2 Q. I should have followed up on this when you said it
3 before.
4 My first question is do you know who made the
5 clamps you've mentioned for the J-79 and the J-57?
6 A. Adel.
7 Q. Can you describe one of these clamps?
8 A. The clamps were a metal band shaped in a oval with
9 tabs on the end for a bolt to go through. The asbestos
10 was -- encased that metal clamp except to the part where you
11 would bolt them together to secure it.
12 Q. What were those clamps used for?
13 A. They were used to prevent chafing of materials,
14 either tubing, ducting, anything that needed securing for
15 vibration. [62:24-63:15]

5 Q. So the reason you're removing these clamps is to
6 remove tubing attached to something else; right?
7 A. Yes. And also to replace clamps that were damaged
8 and frayed. [64:5-8]

4 Q. Now, if the clamp was fray or damaged did you just
5 throw it away?
6 A. Yes.
7 Q. If it wasn't damaged did you reuse it? Or did you
8 still replace it?
9 A. Majority were replaced.
10 Q. Okay. But if it was in good shape you might reuse
11 a clamp?
12 A. On a rare occasion. [65:4-12]

4 Q. Was there anything dusty about the removal of a
5 clamp at all?
6 A. Yes.
7 Q. What was that?
8 A. When you spread the clamp apart to get it off of
9 the tube, that's when you would get particles coming off of
10 the clamp. [67:4-10]

The used clamps were disassembled:

21 A. What we would do is we would remove the insulation
22 portion of the clamp from the metal portion of the tubing.
23 The insulation portion would go into the trash. The metal
24 portion would go into a can, which was then sent to a
1 salvage barrel that was sent for reclamation of the
2 materials. [168:21-169:2]

Insulating blankets and piping insulation were used on the engines:

6 Q. Okay. All right. Besides those clamps and
7 possibly the vapor barrier, is there any other materials
8 related to your work on either the J-57 or J-79 engines that
9 you know or believe was asbestos?
10 A. Yes. There was insulation blankets that covered
11 some of the ducting. There was also -- on the hydraulic
12 tubes there was insulation on the outside of the tubing and
13 hoses.
14 Q. Anything else?
15 A. No. Other than possibly in the seals that we used.
16 Q. Okay. Anything else besides those three items?
17 A. No.
18 Q. Okay. Now, the insulation blankets, what -- where
19 do you recall -- where do you recall there being insulation
20 blankets during your time at Shaw?
21 A. They would have been on some of the hot air
22 ducting.
23 Q. Is that hot air ducting coming into the engines or
24 is that actually hot air ducting as part of the engine?
1 A. It's hot air ducting -- hot air coming out of the
2 engine.
3 Q. Okay. So the exhaust?
4 A. It's taken -- it depends on where the air is going
5 to be used. It can come from the exhaust or it could come
6 from various stages.
7 Q. Would you say that that insulation -- those
8 insulation blankets were part of the engine or they were
9 part of the airframe of the aircraft to either protect the
10 aircraft or the people in the aircraft from the heat from
11 the exhaust?
12 A. Both.
13 Q. Okay. And then you said some of the hosing had
14 some insulation on the outside; right?
15 A. Yes.

16 Q. Was there --
17 A. There was fuel hoses and the hydraulic hoses. [68:6-69:17]

21 Q. (By Mr. Patterson) Where were the insulation
22 blankets located on the J-57 engine?
23 DEFENSE COUNSEL: Same objection.
24 A. They were -- they were -- they were located on the
1 afterburner section of the engine. And there was also an
2 insulation on the vapor barrier where it sealed in the area
3 in the aircraft to prevent the forward section from the rear
4 section where the higher temperatures were. [Vol 2 102:21-103:4]

18 Q. Okay. That insulation bar -- or that insulation on
19 the vapor barrier, what did that look like?
20 A. It looked like a round ring. A good analogy was it
21 looked like a rope sausage that would run around the outside
22 edge of the vapor barrier to where when you closed up the
23 cowling and everything and secured it into the pylon area it
24 would seal against the aircraft vapor barrier.
1 Q. Did you ever remove that insulation on the vapor
2 barrier?
3 A. Yes. That was a common occurrence, because it
4 would chafe and fray and have to be replaced.
5 Q. Okay. So when you replaced it, would it come off
6 all in one place or would it ever -- would it ever break
7 apart?
8 A. The external portions that would break apart and
9 fray. It was bolted in place by two strips of metal. So it
10 would come off relatively intact except for the outer edges
11 that were chafed and frayed.
12 Q. Okay. Did those outer edges release dust when you
13 removed them?
14 A. Yes.
15 Q. Did that dust get on your hands?
16 A. Yes.
17 Q. Clothing?
18 A. Yes.
19 Q. Would you have breathed in that dust from that
20 insulation on the vapor barrier?
21 A. Yes. [Vol 2 103:18-104:21]

14 Q. Where were the insulation blankets located on the
15 afterburners?
16 A. They were insulated -- installed in between the
17 inner and outer liners.
18 Q. And what did they look like?

19 A. They were a thin material. Probably three-eighths.
20 It was a metal -- metal clad. It looked like an aluminum
21 foil stainless steel that had an insulation material in
22 between the inner and outer surfaces of the insulation.
23 Q. Do you know how many times you would have removed
24 an insulation blanket from an afterburner that was attached
1 to a J-57 engine?
2 A. Approximately every time you disassembled the
3 afterburner, which would have been just about every engine.
4 Q. Were -- when you removed these insulation blankets,
5 were they ever burned up or deteriorated?
6 A. They could be, yes.
7 Q. Did they ever break apart when you removed them?
8 A. Yes.
9 Q. Did that create dust whenever they broke apart?
10 A. Yes.
11 Q. Did you breathe in the dust from those insulation
12 blankets?
13 A. I would say yes. [Vol2 108:14-109:13]

Mr. Hoff removed and replaced gaskets:

13 Q. So let's talk about you tearing down those Pratt &
14 Whitney J-57 engines. When you did that work, did you
15 remove any gaskets from the engines?
16 A. Yes.
17 Q. Were any of those gaskets you removed fibrous
18 gaskets?
19 DEFENSE COUNSEL: Object to the form.
20 A. Yes, they were. They were fibrous gaskets that you
21 would -- when you separated the flange the gaskets would
22 usually stick to the flanges, and then you would have to
23 scrape the flanges off with either a putty knife or a razor
24 blade to get the flanges clean to where when you reassembled
1 that you put the new gasket on and they would seal properly.
2 Q. (By Mr. Patterson) Okay. And was removing those
3 fibrous gaskets -- was that something you did commonly?
4 A. Yes.
5 Q. Were there times where you would remove multiple
6 fibrous gaskets from a J-57 engine?
7 A. Yes. [Vol 2 97:13-98:7]

There were gaskets on the afterburner:

14 Q. Okay. And you mentioned a torch igniter or an
15 igniter on the afterburners?

> A. Yes.
> Q. Did that torch igniter have any gaskets associated with it?
> A. Yes. It would have been held in place by a flange on the afterburner and it would have been secured to the afterburner by two bolts.
> Q. Did you have to remove any of the gaskets used with that torch igniter?
> A. Yes. Every time you disassembled the torch igniter you would have to scrape off the gaskets so you would get a new seal -- good clean sealing portion on the flange when you reinstalled the igniter.
> Q. How many times do you think you disassembled a torch igniter on an afterburner?
> A. That would have been -- happened every time that an engine came into shop for maintenance. [Vol 2 106:14-107:7]

Although Mr. Hoff's job was to rebuild engines, he occasionally was used to install the engines on the aircraft [72:11-21].

<u>Thailand and Vietnam</u>

After "a six-week [eight-week] familiarization course for the Lycoming engine on the HH-43 helicopter" at Sheppard AFB [74:14-20], Mr. Hoff was transferred to Nakhom Phanom in March of 1972 [80:11-23]. During his one year in Thailand and Vietnam, Mr. Hoff performed maintenance on the engines used on the HH-43 and HH-53 helicopters [82:4-9]. Regarding the Lycoming engine:

> Q. Okay. So can you -- let me just ask you straight up. What work do you recall doing in Thailand and Vietnam on the Lycoming engine for HH-43 helicopters?
> A. Removed and replaced fuel components. Installed the engines. Removed wiring and reinstalled new wiring. New tubing. And that was about it that I can remember. [84:6-11]

Asbestos components included insulating blankets, clamps, and wiring:

> Is there anything about installing that Lycoming engine in an HH-43 helicopter that you believe exposed you to asbestos?
> A. There was inspec -- excuse me -- there was insulation blankets on the interior components of the engine bay where the engine was installed.
> Q. Did you have to remove or move those insulation blankets in the bay in order to install or reinstall the engine on the HH-43?

4 A. You did not have to remove the insulation blankets,
5 but you would have to replace the insulation blankets if
6 they were damaged or torn.
7 Q. Okay. And those insulation blankets are installed
8 into the body of the compartment for the engine in that
9 helicopter; right?
10 A. Yes.
11 Q. Were they part of the metal cowling to house the
12 engine?
13 A. Yes [84:19-85:13]

5 Q. Now, the fuel -- working on the fuel system for the
6 Lycoming engines in Thailand and Vietnam, is there anything
7 about that work that you associate or believe exposed you to
8 asbestos?
9 DEFENSE COUNSEL: Object to form. Foundation.
10 A. Other than what was on the clamping, no.
11 Q. (By Mr. Doeringer) Okay. And these are those same
12 clamps we talk about before?
13 A. Yes. [86:5-13]

18 Q. Okay. You said you did -- removed and replaced
19 some wiring on the Lycoming engines?
20 A. Yes. [86:18-20]

Mr. Hoff described the procedure used to remove and replace insulating blankets:

11 You did say that you had to replace the blankets in
12 the engine compartment on the HH-43; right?
13 A. Yes.
14 Q. How did you do that?
15 A. You would remove -- they were attached by a safety
16 wire, which is wire around a knob on the blanket and helped
17 secure it in place to another point.
18 Q. How long did it take to remove the old blanket or
19 blankets from that engine compartment?
20 A. I'm not sure.
21 Q. And how did you -- how did you install the new
22 blanket?
23 A. Put it in place -- in -- in the exact place that
24 the old blanket was laying in or at, and then you would
1 rewire it back into the knobs to secure it. [87:11-88:1]

He also maintained the TF-56 engine:

6 All right. The other engine for the -- the TF-56

for the HH-53, what work do you recall doing on that engine when you were in Thailand and Vietnam?
A. That was a -- I worked in the inspection docks, which every -- a period of time -- it was either hourly by flight hours or chronological time. Every six weeks or such they would come into the inspection dock and you would inspect for any type of fare, wear and tear on the external components of the engine, whether it be clamping, whether there was any chafing, tubes rubbing together that were worn and have to be replaced, wiring that had been frayed, clamps that were frayed, all on the external part of the motor. And then you would do an operational check on the engine to make sure it met operational specifications for the helicopter.
Q. Okay. Is there anything about that work that you believe or know exposed you to asbestos?
A. Other than the asbestos clamps and possibly some of the sealing -- seals from the tubing that had to be replaced, no. [89:6-90:1]

<u>Chanute Air Force Base</u>

In March, 1973, Mr. Hoff returned to Chanute AFB:

Q. When you started there in March of '73, what was your job?
A. My job was to work and repair any of the training engines that were broke -- that the students broke parts on so they would have a fully assembled engine to work on.
Q. Do you recall the designation or the manufacturer name of the training engines you worked on at Chanute?
A. They would have been J-57, J-79s, J-33. [92:15-22]

He continued to have asbestos exposure from clamps:

Q. Okay. Is there anything about your work at Chanute that you believe exposed you to asbestos?
MR. PATTERSON: Objection. Speculation.
A. No. Other than clamps and seals.
Q. (By Mr. Doeringer) The clamps, those are the same clamps we've talked about; right?
A. Yes. Same Adel clamps. [94:19-95:1]

Mr. Hoff described the seals:

Q. The seals -- what -- what seals do you think may

have been asbestos-containing on these engines?
A. They would be in the hot air ducting where the flanges would bolt together. You would have to -- they were a material that would -- you'd put an adhesive on to hold them in place during assembly, and then you would have to scrape the -- any seal that frayed off during the disassembly. [95:11-18]

<u>Castle Air Force Base</u>

In 1974, Mr. Hoff was then assigned to Castle AFB:

Q. When you started at Castle Air Force Base in August of '74, what was your rank?
A. I was staff sergeant.
Q. And then what was your job when you started?
A. I was working in shop, build up and tear down of J-57s.
Q. Same kind of disassemble/reassemble to get -- strike that.
Is this the same kind of work you had done back at Shaw?
A. Correct. [97:7-17]

Q. I know I asked you this before, but we've been talking a little bit longer. Now do you have any memory of who manufactured the T-33 engine?
A. Pratt & Whitney.
Q. Okay.
A. I correct myself. It's TF-33, not T-33. [99:10-15]

Mr. Hoff also spent some time working on the flight line:

But while you were at Castle Air Force Base, you also said you performed some flight line work; right?
A. That's correct.
Q. And you removed the engines during flight line work, but at Castle you didn't actually remove the insulation blankets on the aircraft; is that right?
A. That's correct.
Q. Okay. When you removed the engines could you see that insulation on the aircraft?
A. Yes. It would be --
DEFENSE COUNSEL: Objection. Speculation.
A. -- in the space between the aircraft mounting position points and the jet engine.

Q. (By Mr. Patterson) Okay. So that insulation that you could see with your own eyes, was it ever deteriorated?
DEFENSE COUNSEL: Objection. Foundation.
A. Yes.
Q. (By Mr. Patterson) When you would remove that --
A. Usually it would be deteriorated and you would write it up for removal and replacement by the airframe mechanics.
Q. When you removed the engine, did you ever see any dust come off of that insulation blanket?
DEFENSE COUNSEL: Objection. Form.
A. Yes. [Vol2 123:17-124:17]

<u>Dover Air Force Base</u>

In 1981 Mr. Hoff moved to Dover AFB:

Q. During your about 12 years at Dover Air Force Base, were you -- were you -- what were you doing?
A. I did various jobs. I worked in the jet engine shop to build up and tear down. I worked in the isochronical(phonetic) inspection docks. And I also worked in the flight line section where you worked on aircraft engines installed.
Q. All right. The jet engine shop, same kind of work that we've been talking about where you're repairing an engine that wasn't working to make it workable as a spare?
A. That is correct.
Q. What engines did you work on in that jet engine shop at Dover?
A. Just the TF-39.
Q. All right. The TF-39 is an engine we haven't talked about yet. Who, if you recall, made the TF-39?
A. General Electric. [100:5-21]

Q. Do you recall the aircraft that you removed or replaced a TF-39 engine on at Dover?
A. It would have been either a C5A or a C5B.
Q. Do you know who made the C5A and B?
A. C5 was Lockheed -- Lockheed Martin. It was originally Lockheed, and then they merged with Martin Marietta and become Lockheed Martin. [102:15-21]

For the TF-39 at Dover Air Force Base, you're doing that same general work we've been talking about where you're taking a non-working engine and repairing it so it's

workable as a spare; correct?
A. That is correct.
Q. Same general type of work on components and parts of that engine that we've been talking about; right?
A. Correct.
Q. What -- if it's any different, what was the time range that you worked on a single TF-39 at Dover to -- to be repaired?
A. Generally 30 to 45 days again.
Q. You worked on the TF-39s at Dover. Is there anything about that work that you believe exposed you to asbestos?
A. There was clampings. There was insulation on ductings. And there was insulation on fire sleeves on the hydraulic pump lines, hoses. There was insulation -- fire sleeves on the fuel line, the main fuel line coming in.
Q. The clamps -- same kind of clamp work we've already talked about?
A. Yes. [101:4-102:1]

Mr. Hoff described the fire sleeves:

Q. What were the fire sleeves used for related to your engine work?
A. They were in case a hose would rupture it would keep it from spraying out and contacting a heat source and causing a fire. It would still allow it to leak, but it would stop it from spraying out a mist. And that would be what would cause an explosion or fire on the engine while it was running. [111:12-19]

And then fire sleeves, did those come in pre-cut lengths?
A. Yes. They would be pre-cut and manufactured Normally they were installed on the hoses that we would receive.
Q. Okay. Did you install fire sleeves on your own or did those always come already installed on the hosing?
A. They would come already installed on the hoses.
Q. Okay. Okay.
A. Now, I would repair the fire sleeve and install more material on them, but the first time they would always come pre-manufactured on the hose.
Q. Okay. So you -- and you're not replacing fire sleeves, you're just repairing a damaged portion of them; right?

13 A. Correct. [113:22-114:13]

Mr. Hoff described the hanger at Dover:

2 Q. Okay. The jet engine shop at Dover, was that in a
3 hangar?
4 A. Yes.
5 Q. How big was that hangar?
6 A. It had 24 bays. And it was approximately 100 feet
7 wide and 20 feet in each bay.
8 Q. Do you recall any ventilation?
9 A. There was ventilation -- down draft heat, and there
10 was window openings for -- and there was fans in the
11 summertime.
12 Q. So there was 24 bays. Do you recall mechanics
13 working on other engines or aircraft in that hangar at
14 Dover?
15 A. There was only the TF-39 engine there. They were
16 working in each one of the bays. [103:2-16]

He described the isochronal inspections:

19 A. We would inspect the engine on the exterior for any
20 lines chafing. We would inspect the core of the engine, the
21 turbines of the engine, see if they were damaged. And if
22 they were, the engine would be required to be removed and
23 replaced. [104:19-23]

9 Q. Is there anything about that inspection work of a
10 TF-39 at Dover that you believe exposed you to asbestos?
11 A. Other than the insulation blankets on the engine
12 and the clamping, no. There was also insulation on the
13 pylon of the engine that was -- had insulation blankets
14 above the engine. [105:9-14]

21 Q. Do you know if at some point that insulation or
22 those clamps -- well, let me ask it more -- do you know if
23 at some point those clamps that we've been talking about
24 were no longer, to your knowledge, asbestos?
1 A. It was late in the '80s -- probably about '88 -- we
2 were told they were non-asbestos. And that would have came
3 from the GE tech rep.
4 Q.
H w about the insulation that we've been talking
5 about? Do you know if at some point those weren't asbestos?
6 A. No. [105:21-106:6]

**Air Force Contract Work**

Mr. Hoff retired from the Air Force in1993:

Q. All right. Now, we're -- you left Dover in '93. Is that when you were -- were you discharged from the Air Force?
A. Yes. I retired from the Air Force in June of '93.
Q. And then you went into private practice, so to speak?
A. Yes.
Q. Civilian work I guess is better terminology.
A. I did 18 months -- I worked at Sam's Club as a tire changer. And then I came back in, let's see, '96 -- or no -- '95 back as a contractor for the Air Force working for -- in the jet engine shop. [108:11-22]

Q. Okay. Then in about -- it was '95 you sent you went to work as a contractor for the Air Force; right?
A. Well, it was in late '95 or early '96.
Q. That means -- let's see. I'm sorry. Did you first work as a contractor -- was it for GE?
A. No. I started working as a contractor for Lockheed Martin.
Q. All right. How long were you a contractor for Lockheed Martin?
A. Approximately six months was the first contract. And then it was -- the contract was renewed for another two years. And that was still with Lockheed Martin. And then when that contract ended, then it went to DS II or Defense Services II. Then also CSC was another contractor I worked for. And then I went back to DS II the second time. And then I don't know -- I can't remember if there was any other contractors that I worked for in that 20-year period.
Q. So then you -- you're retired now; right?
A. Yes.
Q. When did you retire officially?
A. I retired officially in 2022. [115:10-116:7]

Q. Okay. The contract work that you were doing for Lockheed, for DS II, for CSC, what kind of contract work was that?
A. That was jet engine repair work for the TF-39.

Q. So you started off doing this work for Lockheed for two contracts, a six-month and a two-month -- a six-month and a two-year contract; right?
A. Yes.
Q. So about a two and a half year continuous period with Lockheed Martin?
A. Yes.
Q. Where did you -- what facility were you doing that contract work at for Lockheed?
A. I was working in two buildings on Dover Air Force Base, building 725 and building 719.
Q. What -- what work were you doing for Lockheed?
A. I was doing the assembly -- inspection, disassembly, and assembly of the jet engine as required to repair it to a serviceable condition. That included all types of fan work, pulling off the QEC kit, reinstalling the QEC kit, removing the ductwork as required. Any insulation that was on the ductwork that was required, I would remove and replace that. Replace the clamps. Replace the tubing. If there was any structural problems that I identified, we would -- we as a crew of six -- we had a crew of six and we would work on the engine.
Q. A little earlier we talked and you thought -- you told me you thought that by the late '80s those clamps weren't asbestos anymore. We're now in the mid -- middish 1990s. Was there anything about the work that you were doing at Lockheed as a contractor that you thought exposed you to asbestos or that you believe exposed you to asbestos?
A. I'm not sure.
Q. But, generally speaking, we're talk about -- we're talking about the same general type of work on the TF-39 that you had done while you were in the Air Force; right?
A. Yes. It's all similar to what I did in the Air Force. [117:6-118:19]

## Automotive Work

Mr. Hoff described his personal automotive work:

I understand that you did some work on cars when you worked for the filling station. What I want to know is when is the first time that you worked on a car or any other vehicle that you owned, the family owned, or a friend owned?
A. Okay. That would have been probably 1980, '81 time frame.

14 Q. Okay. What did you do?
15 A. I had a 1965 Ford convertible. I removed the head
16 gas -- it had a leaking head gasket on it. So I pulled the
17 heads. I had the heads resurfaced. Reseal them, reinstall
18 them. The transmission was leaking, so I removed the
19 transmission and replaced the sealing on the transmission.
20 Q. Okay. Any other work on that car?
21 A. I did brakes on it. I did exhaust on it. [145:8-21]

Mr. Hoff next changed the front brakes on an Oldsmobile Cutlass in “around 92” [150:6-8]. The remainder of his personal brake work was performed “in the 2000s – 2000 and plus” [152:14].

**<u>Home Remodeling Work</u>**

Mr. Hoff described the home maintenance work he performed, starting with the home he owned from 1974 until 1978:

13 Q. Okay. What was the first home that you've lived in
14 that you recall doing work on?
15 A. That would have been the one in Atwater, California
16 on Grove Street.
17 Q. Okay. So 663 Grove Street, Atwater, California?
18 A. Correct.
19 Q. All right. What work did you do on that house?
20 A. I did remodeling in the laundry room and the porch
21 area. I enclosed it with -- enclosed -- it was a screen
22 porch that I enclosed and installed sheetrock and siding on
23 the outside. Insulation. [122:13-23]

2 Q. Okay. Do you recall what year you did that work?
3 A. That would have been probably 1976. [123:2-3]

17 Q. Did you fill the joints between the sheetrock with
18 joint compound?
19 A. Yes. Yeah, I would install the taping on the
20 sheetrock and put the spackle on the sheetrock, and then I
21 would sand it down to a smooth -- and then I would prime it
22 and paint it. [123:17-22]

2 Q. Do you recall, was it a pre-mixed wet joint
3 compound or was it a powder that you mixed?
4 A. It was -- I used both.
5 Q. Okay.
6 A. I've used pre-mix and I've also used a powder that

you added water to and mixed. [124:2-7]

The next remodel job was in 1981:

A. Yes. I removed the sheetrock in the living room, in two of the bedrooms. And because the insulation was -- they did a foam insulation through the wall and it was not adequate. So I installed fiberglass batting and new sheetrock. I did the mudding and taping of the sheetrock. Sanded the sheetrock. Painted it. The flooring -- I had wood floors that I sanded down, resurfaced them, and sealed them with polyurethane floor covering.
Q. Okay. Did you do any flooring work with anything other than wood flooring at the --
A. Yes.
Q. What other flooring did you work with?
A. In the kitchen I had 12x12 tiles at one time. I had removed them. I put down linoleum down. And I removed the linoleum and replace -- or removed and replaced the linoleum one time. That was it. I also did remodeling in the bathroom, which was remove the tub, remove the wall, sheetrock -- all new sheetrock in there, install the exhaust fan, put up concrete backer board for the bathtub for mold abatement, and then put tile on the walls in there. [127:2-21]

Mr. Hoff described the floor tiles he removed:

You said you removed the 12x12 tiles from the kitchen; right?
A. Yes.
Q. Do you know who made those old 12x12 tiles?
A. No, I do not.
Q. Do you know what those 12x12 tiles were made out of?
MR. PATTERSON: Objection. Speculation.
A. I expect that they were made with asbestos. And the reason I know that is because we had asbestos tiles in the shop -- in the shops that were removed and replaced. [129:20-130:6]

He also replaced the roof:

Q. Okay. Was there any other work that you did at your Delaware house that we haven't talked about?
A. I did siding work on the outside. I did -- put a new roof on.
Q. When did you put that new roof on?

3 A. The new roof was put on probably 19 -- 1999.
4 Q. Did you remove the old roofing material?
5 A. Yes.
.
.
.
24 Q. (By Mr. Doeringer) Do you know what material you
1 removed from that roof in 1999?
2 A. They were asbestos shingles. And it had another
3 material underneath that was just a secondary material.
4 There was two layers of shingles on the roof that we had to
5 remove.
6 Q. You said they were asbestos shingles. How do you
7 know --
8 A. I said they were shingles. I didn't say they were
9 asbestos. I did not know. [133:24-134:9]

While working as an Air Force contractor, Mr. Hoff remodeled homes, mostly after 2016 [116:12-16]. He remodeled five houses, all built prior to 1980 [136:5-15]. In the various houses he removed sheetrock, linoleum, floor tile, and roofing [137:19-144:18].

## **Asbestos Exposures of Raymond Hoff**

It is my scientific opinion that Mr. Hoff had repeated, elevated exposures to airborne asbestos from the following sources:

- Automotive friction products at the Conoco station and from his personal automotive repair work
- While in the U.S. Air Force, from the following categories of equipment:
    - Thermal insulation
    - Clamps
    - Gaskets
    - Fire sleeves
    - Hose assemblies
    - Wiring and cables
- While performing home maintenance
    - Drywall joint compound
    - Flooring
    - Roofing

Mr. Hoff's aircraft-related exposures may have continued once he became a contract employee of the Air Force, but any exposures likely were greatly reduced compared to earlier years due to the phase-out in the use of asbestos in products. This is also likely true for his later home remodeling work.

His exposures occurred in spite of the fact that the published medical and scientific literature had firmly established by 1955 that asbestos was a carcinogen (Doll, 1955) and by 1960 that asbestos exposure caused mesothelioma (Wagner, 1960). The nature of his exposures are discussed below.

**Knowledge of the Danger of Asbestos**

Hazards from exposure to airborne asbestos fibers were recognized much earlier than the Doll study of asbestos and cancer in 1955. In 1918, Frederick Hoffman of the U.S. Department of Labor's Bureau of Labor Statistics published a bulletin entitled "Mortality from Respiratory Diseases in Dusty Trades," (Hoffman, 1918). That bulletin took note of the fact that bystanders in less dusty asbestos jobs were exposed to toxic asbestos dust emitted from the duties of their co-workers:

> The process which appeared most dangerous is the production of asbestos mattresses. These mattresses, which are composed of bags of woven asbestos filled with short asbestos fiber, are placed on a table and beaten out flat by a man with a wooden flail, from which process much dust arises. Women who sew the mattresses into sections with asbestos threads worked close to the man who beat the mattresses and of necessity inhaled the dust.

In 1930, Dr. E.R.A. Merewether and C.W. Price published a paper entitled "Report on Effects of Asbestos Dust on the Lungs and Dust Suppression in the Asbestos Industry "(Merewether, 1930). The authors emphasized that asbestos dust needed to be suppressed at its source in order to prolong the "period of the maturation of the fibrosis" due to prior asbestos-dust inhalation. The authors stated that respirators and localized exhaust systems in the workplace protected workers from scattering and breathing toxic asbestos fibers. Dr. Merewether and Mr. Price noted that one asbestos-containing mattress manufacturer's use of several asbestos dust-suppression techniques considerably improved the hazard that humans would breathe asbestos-containing dust. Those techniques included: (1) keeping floors and benches damp and spraying covers before filling; (2) separating departments into several independent work rooms to avoid exposing workers to risk from process in which they were not engaged; (3) mechanical ventilation; and (4) use of respirators. Thus, by 1930, the authors recognized and recommended measures to protect against human inhalation of asbestos dust in order to greatly reduce the risk that anyone – whether those working directly with asbestos-containing products or those who were bystanders to such work, including the workers' family members – would develop pulmonary fibrosis caused by asbestos-dust inhalation.

By 1931, the industrial hygiene literature reflected that asbestos was a pneumoconiosis-producing dust, or "dust hazard," and that the hazard could be mitigated by either eliminating the sources of dust or suppressing the dispersion of dust. The British Medical Association's Lancet on August 3, 1929, published a presentation to a symposium addressing occupational diseases (Haddow, 1929). The article describes that "Dr. W. E. Cooke (Wigan) read a paper on asbestos dust, and the curious bodies found in pulmonary asbestosis." Moreover, "Dr. A.C. Haddow (Leeds) described the clinical aspects of asbestosis, and quoted a case in which the

curious bodies were found in a man who was not employed in the industry, but who lived next door to an asbestos factory."

The trade journal *Safety Engineering* in November 1931 contained an article (Willson, 1931) in which it was stated "[w]e do know, however, that breathing of dust under the following conditions is seriously harmful ... [¶] Asbestos and every operation in which it is used."

In 1932, an article entitled "On the Occurrence of Clumps of Asbestosis Bodies in the Sputum of Asbestos Workers," published in the *Journal of Pathology and Bacteriology* (Stewart, 1932) reported that asbestos bodies were found *post mortem* in the lungs of "a man who lived close to a factory for many years but who had never been inside it." This article showed at this early date that people who inhaled asbestos fiber or asbestos-containing dust from any source were at risk of developing an asbestos-related illness.

In 1933, Dr. E.R.A. Merewether, in his article entitled "A Memorandum on Asbestos," (1933) identified that there was a latency period for asbestos-related disease, that asbestosis was dose dependent, and that asbestos-dust inhalation for less than five years could result in death from asbestosis. Further, Dr. Merewether stated that industrial-hygiene measures were essential in order to suppress and control dust during the manufacturing process. He was among the very first to set forth very specific recommendations for dust suppression in the asbestos industry that included: (1) application of efficient localized exhaust ventilation at dust-producing points; (2) substitution of enclosed mechanical methods for hand conveyance, and for dusty hand work generally; (3) effective enclosure of dust-producing machines; (4) substitution of wet methods instead of dry material handling; (5) elimination of certain dust-producing appliances; (6) abandonment of settling chambers in manufacturing processes, to the utmost extent; (7) effectual separation of processes to prevent unnecessary exposure to dust; (8) wide spacing of dust-producing machines in new factories and, as far as practicable, in existing works; (9) use of sacks of close texture material for internal work; (10) efficient cleaning systems with wide use of vacuum methods; (11) storage of asbestos and other goods outside workrooms; and (12) exclusion of young persons from especially dusty work. Again, the goal of these measures was to prevent asbestos-dust inhalation by any human being, whether by those working directly with asbestos-containing products or bystanders to such work, including workers' family members or anyone else who might be potentially exposed through asbestos-containing dust transferred elsewhere or to any place where humans might inhale it.

## **Asbestos Exposure Limits**

The earliest recommended exposure standard for asbestos is the threshold limit value (TLV), first established by the American Conference of Governmental Industrial Hygienists in 1946 (TLV, 1950). The 1946 TLV was a maximum allowable concentration (MAC) of 5 million particles per cubic foot (mppcf) of dust containing asbestos, as measured by the impinger method. This method counted all dust particles collected by the impinger and could not distinguish between asbestos fibers and other dust particles; thus, the term used for the TLV was "dust containing asbestos." This standard was based on the research performed by Dreesen and DallaValle in American textiles mills (1938), where they found:

> Because clean-cut cases of asbestosis were found only in dust concentrations exceeding 5 million particles per cubic foot, 5 million particles per cubic foot may be regarded tentatively as the threshold value for asbestos-dust exposure until better data was available.

Dreesen and DallaValle also collected measurements with more sophisticated instruments and found that even in the textile mills being studied, asbestos fibers made up a small fraction of the dust being measured. This is further indication that Dreesen and DallaValle were suggesting 5 mppcf as a total dust level, not asbestos fiber level.

The TLV was changed to an 8-hour time-weighted average (TWA) of 5 mppcf in 1948. Despite the characterization by Dreesen et al. as a "tentative" guideline, it remained at this value until 1974, when it was revised to 5 fibers per cubic centimeter (f/cm$^3$) for fibers longer than 5 μm as measured by phase-contrast microscopy. The new TLV carried the designation "A1a, Human Carcinogen with an Assigned TLV." The TLV was reduced several more times, until in 1998 it reached its present value of 0.1 f/cm$^3$, with the designation "A1, Confirmed Human Carcinogen" (ACGIH, 2004), which is also the current Occupational Safety and Health Administration Permissible Exposure Limit (OSHA, 1995).

Although the original 1946 TLV was established to protect workers against asbestosis, evidence of the carcinogenicity of asbestos was found at about the same date. Several articles from the late 1940's mention the likely link between asbestos and lung cancer. For example, in 1948 Dr. W. C. Hueper, who worked for the U.S. Public Health Service, published a report title "Environmental and Occupational Cancer" (Hueper, 1948). He wrote:

> Another one of the more recently discovered occupational cancers which may belong to the metal group is the cancer of the lung in asbestos workers…Since 1935 a total of 23 cases of asbestos cancer of the lung has been reported by American, English, and German investigators. (p. 20)

Threshold limit values describing the maximum allowable exposures to various substances, including asbestos, were first published in the 1940's as discussed above (TLV, 1950), and the states of California, New Jersey, and Massachusetts, among others, adapted its own standards well before OSHA was established (State of California, 1939).

## **Asbestos and Mesothelioma**

Asbestos is one of the main occupational risk factors for lung cancer and mesothelioma (ATSDR, 2001). There is no safe level of exposure to asbestos: every exposure increases the risk of developing lung cancer and mesothelioma (LaDou, 2010; Markowitz, 2015). OSHA recognizes that there is a residual cancer risk for workers exposed at the PEL; the PEL was established at the lowest level that could be sampled for using the OSHA personal sampling methodology (OSHA, 1995). Likewise, ACGIH, in its Documentation of the TLVs states that for confirmed human carcinogens with TLVs, such as asbestos, "worker exposure by all routes

should be carefully controlled to levels as low as possible below the TLV" (ACGIH, 2004). Any exposures above the prevailing background concentration, which typically has been on the order of $10^{-4} – 10^{-6}$ f/cm$^3$ (ATSDR, 2001), contribute to the exposed person's risk of developing lung cancer and mesothelioma. The general principle that exposures to all carcinogens should be minimized was discussed in 1956 by Dt. Herbert Stokinger, then the Chief, Toxicological Services for the Public Health Service, who stated "There is still one group of substances for which some method should be devised for establishing safe air standards – the industrial cancerigens (sic)…As a suggested method of approach, the following is offered: to the level judged safe for other types of systemic injury add a safety factor for carcinogenicity. The magnitude of the safety factor is suggested to be from 100 to 500…There are undoubtedly substances to which the suggested procedure may not strictly apply, but imperfect as it may be, the suggested method is felt to be a step in the right direction and serves better to curb exposures to industrial carcinogens than considering the problem too difficult to cope with at the present time" (Stockinger, 1956).

**Asbestos Exposure Control**

As indicated by Mereweather, the basic methods of control, i.e., substitution, isolation, ventilation, administrative controls, and respiratory protection, were well-known in the 1930s. The importance of controlling exposures to asbestos was emphasized by other early authors. For example, an important book entitled, Industrial Dust - Hygienic Significance, Measurement and Control was published by Drinker and Hatch in 1936 (1936). In Chapter 10, they describe the use of segregation, enclosure, wetting, and local exhaust ventilation for controlling dust. Chapter 11 is devoted to the design of local exhaust systems, and Chapter 14 is titled, "Dust Respirators and Air Masks." In this chapter they describe the design and use of respirators and include a detailed discussion of the U.S. Bureau of Mines' testing and certification procedure for respirators, which was initiated in 1934.

Bloomfield and DallaValle published a similar book as a Public Health Bulletin in 1935 (1935) and several similar books and journal articles appeared in the 1940s (e.g., "1021 Answers to Industrial Health and Safety Problems," published in 1943 (Weiss, 1943), and "The Occupational Disease Hazard," published in 1942 (Cook, 1942).

**Asbestos Exposures of Airplane Mechanics**

It is a well-known that asbestos was widely used in aerospace equipment during Mr. Hoff's career in the U.S. Air Force. Examples of such use on aerospace equipment include thermal insulation around jet engines, asbestos insulation on wires and cables, asbestos in electronic components made from phenolic molding compounds, gaskets, packing, friction products such as brakes, etc. With the exception of electronic components, Mr. Hoff testified that he was exposed to all of these types of equipment.

In previous litigation, I have been provided confidential company documents which prove that Air Force jet engines including those maintained by Mr. Hoff contained asbestos-

containing thermal insulation, gaskets, clamps, glues, and wire insulation. In that previous litigation I was provided the deposition of General Electric's PNK Gene Davis,[a] who stated that the J-79 engine contained 47 asbestos-containing gaskets [7/16/13, p. 42:19-24] and approximately 100 asbestos-containing clamps [7/16/13, p. 53:6-14]. He also testified that the engine used asbestos-containing heat shields [7/16/13, p. 76:12-16]. He testified that GE was buying insulation blankets from Johns Manville in 1969 and 1970 [10/29/15, p. 117:1-11] and that those blankets were "used in conjunction with tubing assemblies on the J79 engine [10/29/15, p. 120:21-24]."

An epidemiological study of 45,000 workers involved in aircraft manufacturing from 1959 to 1997 (Boice, 1999) found that more than 1200 were exposed to asbestos as a result of their manufacturing aircraft, further confirmation of the widespread asbestos use by this industry.

I have read the report of Theodore Cecchini, plaintiffs' designated expert with regard to the "application, uses, and removal of asbestos-containing aviation components." Mr. Cecchino is of the opinion that the various jet engines maintained by Mr. Hoff contained asbestos thermal insulation, gaskets, clamps, glues, and wire insulation.

## Thermal Insulation

Mr. Hoff testified in some detail concerning his handling of thermal insulation blankets, as discussed above. It is likely the thermal insulation used by the U.S. Air Force on jet engines and related equipment during the time that Mr. Hoff was exposed to that insulation contained asbestos. The published scientific literature documents the very high levels of asbestos exposure caused by the installation and maintenance of thermal insulation. For example, Balzer and Cooper (Balzer, 1968) measured asbestos exposures during various job activities involving asbestos-containing thermal insulation; their results are summarized in the following table:

| Job Classification | Concentration, f/cm$^3$ | |
|---|---|---|
| | Average | Maximum |
| Prefabrication | 8 | 24 |
| Application | 6 | 62 |
| Finishing | 3 | 24 |
| Tearing out | 9 | 26 |
| Mixing | 3 | 11 |
| General | 5 | 23 |

Fontaine and Trayer (Fontaine, 1975) evaluated exposures of workers installing and removing asbestos-containing thermal insulation at coal-fired power plants. During the measurements "the asbestos workers were engaged at: tearing out insulation; sawing, installing, or building up insulation; mixing insulation cement; or cutting insulation with a shop band saw."

[a] Deposition of Gene Davis taken in Susan Haas vs, 3M Company, et al., October 29, 2015.

Four asbestos workers were monitored – their maximum exposures were 18, 17, 15, and 25 f/cm$^3$.

Harries (1971) measured exposures during asbestos removal onboard ships. Exposures in the "general atmosphere" "during removal of pipe and machinery lagging" were as high as 3000 f/cm$^3$ in engine rooms, with a mean of 45 samples of 88 f/cm$^3$; in boiler rooms the maximum exposure was 1100 f/cm$^3$ with the mean of 153 samples being 170 f/cm$^3$. Exposures during application were lower but still very high; the maximum and mean exposures in engine rooms were 14 and 2 f/cm$^3$ and in boiler rooms they were 61 and 22 f/cm$^3$.

It is highly likely that Mr. Hoff disturbed asbestos-containing thermal insulation on many occasions as an Air Force mechanic. Each of Mr. Hoff's asbestos exposures from insulation were elevated above the background asbestos concentration and contributed to Mr. Hoff's risk of developing mesothelioma.

**Gaskets**

Mr. Hoff frequently removed and replaced gaskets and was present when others performed this work, as described above. Liukonen (1978) evaluated asbestos exposures from gasket operations in the U.S. Navy as of 1978. The widespread use of asbestos-containing gaskets by the Navy in 1978 is illustrated by the scope of the Liukonen study. They collected approximately 150 air samples during various gasket operations including storage, hand punching, machine punching, hand shaping, machine shearing, machine nibbling, installation, removal, and cleanup. Liukonen measured airborne asbestos concentrations as high as 5.0 f/cm$^3$ during machine punching, 3.0 f/cm$^3$ during hand punching, and 0.13 f/cm$^3$ during removal and hand scraping.

The general published literature also indicates that a person removing and installing asbestos-containing gaskets produces elevated exposures to airborne asbestos. Millette (Millette, 1995) reports that "short term exposures during dry removal of gaskets varied between 0.11 and 0.33 f/cc when surface cleaning was done with a scraper and/or with a wire brush." In another location, power wire brushing produced an exposure of 6.8 f/cm$^3$ and sweeping up gasket debris with a broom caused an airborne asbestos exposure of 5.5 f/cm$^3$. Longo et al. (2002a) measured exposures from 1.5 – 10 f/cm$^3$, with a TWA of 1.5 f/cm$^3$ during the scraping and hand wire brushing of small flanges; corresponding measurements for large flanges ranged from 9.3 – 24 f/cm$^3$ range with a time-weighted average of 3.6 f/cm$^3$.

Each of Mr. Hoff's asbestos exposures from gaskets were elevated above the background asbestos concentration and contributed to Mr. Hoff's risk of developing mesothelioma.

**Electrical Components**

There is ample evidence in the medical literature for asbestos disease, including mesothelioma, among electricians (Hodgson, 1988; Huncharek, 1990; Roelofs, 2013). The

limited published literature on wire and cable stripping (Millette, 1999; Blake, 2013) indicates that worker exposures while stripping the insulation from asbestos-containing wire and cable are higher than background and typically less than 1 f/cm$^3$.

**Friction Products**

Mr. Hoff had exposure to asbestos in automotive friction products as described above. The published literature indicates that the maintenance and repair work performed on asbestos-containing brakes and clutches released very high levels of airborne asbestos fibers. Many publications in the peer-reviewed scientific literature document elevated exposures to airborne asbestos fibers from removing and replacing brake shoes from drum brakes. The earliest such publication was by Hickish and Knight in 1970 (Hickish, 1970), who reported that the airborne asbestos concentration during the use of compressed air to blow out a brake housing was as high as 3.6 f/cm$^3$ during car brake service and 7.1 f/cm$^3$ during truck brake service. Rohl (Rohl, 1976) measured the personal exposures of mechanics blowing dust out of brake drums with compressed air and found that the maximum measured asbestos concentration was 30 f/cm$^3$ and the mean concentration was 16 f/cm$^3$.

Rohl found that simply cleaning brake drums with a dry brush created airborne asbestos concentrations as high as 3.6 f/cm$^3$, while Kauppinen (Kauppinen, 1987) measured exposures as high as 4.5 f/cm$^3$for the same operation. Kauppinen found that cleaning brakes with a damp cloth caused airborne asbestos exposures as high as 3.3 f/cm$^3$.

Workers routinely handled the asbestos brake pads while removing and installing them, Madl (Madl, 2008) found that handling of asbestos brake pads released fibers from the pad's surface, causing exposures as high as 1.1 f/cm$^3$. Atkinson (2004) gently rinsed the exposed surfaces of unused brake shoes linings and found asbestos fibers in all of the samples; from 45 to 76% of the particles in the rinse water were asbestos fibers. Exposures as high as 0.37 f/cm$^3$ have been measured from simply handling new clutch linings (Jiang, 2008). Compton and Millette (2012) conducted a work practice simulation where a Borg Warner asbestos-containing clutch was handled. They found that "asbestos fibers are released when handling the clutch as shown in Figures 10 and 11."

Cleaning up after brake and clutch work will resuspend the asbestos fibers from horizontal surfaces and cause additional asbestos exposure. Kauppinen measured asbestos exposures as high as 1.7 f/cm$^3$ while "sweeping floor of garage."

Epidemiologic and medical studies have documented the dangers of asbestos exposure from friction products. Roelofs (2013) looked at cases of mesothelioma among Massachusetts automobile mechanics and found an excess risk, with a standardized mortality odds ratio of 2.1 (95% CI 1.11-4.0). Welch (2007) concludes "ample evidence supports the conclusion that asbestos from brakes can and does cause mesothelioma."

Brake and Clutch Manufacturers

The literature indicates that the auto industry was widely using asbestos-containing friction products during the time that Mr. Hoff was installing them. For example, a 1989 report prepared for EPA (ICF, 1989) stated with regard to brakes, "asbestos linings still accounted for 90-95 percent of the OEM and virtually 100 percent of the aftermarket." For clutch facings, "the production of asbestos-based clutch facings remained fairly level from 1981 to 1985."

Honeywell documents that I have reviewed in previous cases indicate that Bendix brake products contained asbestos from 1939 to 2001. Likewise, Borg Warner documents indicate that their clutch products contained asbestos as late as 1993.

The published scientific literature documents that automotive friction product and gasket manufacturers, distributors, and sellers did not adequately warn users of their products of the dangers of asbestos exposure. Kopelovich (2014) reviewed the history of warning label use by the automotive friction products industry. Through at least the 1980's, warnings were not placed on asbestos-containing friction products or in material safety data sheets, even though OSHA started requiring such warnings in 1986, apparently because the industry thought that the following exception applied to them:

> Warnings were discussed in the 1986 Federal Register. The regulation indicated that signs and labels should be placed on each regulated area, or temporarily regulated area, ''where occupational exposures could exceed the PEL'' (OSHA, 1986, p. 22698). However, two exceptions to the standard existed: no warning label or MSDS was required in situations in which: (1) asbestos fibers ''have been modified by a bonding agent, coating, binder, or other material,'' and the manufacturer could demonstrate that during ''any reasonably foreseeable use (including handling, storage, disposal, processing, or transportation) employee exposure will remain below the action level;'' (Kopelovich, 2014)

In the case of asbestos the action level is 50% of the PEL, so it was 1 f/cm$^3$ before 1986 and 0.1 f/cm$^3$ after 1986; it is obvious from the published data cited above, all of which were available to the automotive industry as it was published, that asbestos exposure to friction products under "foreseeable use" had the potential to easily exceed the action level and thus this exception did not apply to the automotive industry.

Although the industry did not meet the OSHA labeling requirements, Kopelovich cites a few warning labels used by some manufacturers. For example, a 1975 Ford Technical Service Bulletin states "CAUTION: Dust and dirt conditions present on wheel brake assemblies and rotors and drums, may contain asbestos fibers that can represent a potential health hazard when made airborne by cleaning with compressed air" (Kopelovich, 2014). This warning is completely inadequate in that it appears in a service bulletin and not on actual asbestos-containing parts and it warns of a "potential health hazard" but does not specifically mention that asbestos was a confirmed human carcinogen, a fact known since 1955. Kopelovich also cites a recommended warning published by NIOSH in 1975 that specifically states that exposure to asbestos may cause cancer. The first warning that Kopelovich could find that specifically mentions cancer was in another Ford Technical Service Bulletin in 1993.

**Drywall Joint Compound**

The maintenance work Mr. Hoff performed included use of drywall products. The literature indicates that the mixing and sanding of asbestos-containing drywall joint compound causes very high levels of asbestos exposure. A study funded by the Gypsum Association (Gypsum Association, 1973) measured asbestos exposures as high as 31 f/cm$^3$while mixing and 44 f/cm$^3$ while sanding. Fischbein and colleagues (Fischbein, 1979) purchased fifteen random drywall taping and spackling products in the mid-1970s and found that all but two of them contained asbestos and/or tremolite. Dry mixing had a mean concentration of 47 f/cm$^3$and a maximum concentration of 59 f/cm$^3$, while sanding caused exposures as high as 20 f/cm$^3$. Verma and Middleton (Verma, 1980) measured exposures as high as 12 f/cm$^3$ while mixing and 24 f/cm$^3$ while sanding. Sweeping the floor following sanding also created very high levels of exposures – as high as 26 f/cm$^3$ in the Verma study. Fischbein measured an exposure of 41 f/cm$^3$ 15 min after sweeping and 26 f/cm$^3$ 35 minutes after sweeping. . These measurements are summarized in the following table:

| Operation | Measured Asbestos Concentration (f/cm$^3$) | | |
|---|---|---|---|
| | Gypsum Association | Fischbein | Verma |
| Mixing dry joint compound | 31 | 59 | 12 |
| Sanding joint compound | 44 | 20 | 24 |
| Sweeping and Cleaning | | 41 | 26 |

Based on the published scientific literature, it is likely that the drywall work performed by Mr. Hoff were elevated above the background asbestos concentration and contributed to Mr. Hoff's risk of developing mesothelioma.

**Roofing**

Mr. Hoff may have been exposed to asbestos from the installation and/or removal of asbestos-containing roofing materials. Mowatt, et al. (Mowatt, 2007) measured airborne asbestos levels while performing simulated operations (installation, scraping, sanding, removal) on asbestos-containing asphalt roofing products; exposures ranged from $<0.005$ to 0.032 f/cm$^3$.

**Vinyl Asbestos Tile**

Mr. Hoff may have been exposed to asbestos from the installation and/or removal of vinyl asbestos floor tile. The literature gives typical exposure levels for this work.

Installation

Longo and Hatfield (Longo, 2002b) conducted a work practice study where they used a utility knife to score and then snap five VAT tiles. The measured worker asbestos exposure during this task was 0.27 $f/cm^3$. Murphy et al. (1971) measured exposures during the sanding of an existing VAT floor, as would be done to prepare it for the installation of a new layer of flooring. They measured worker exposures of 1.2 and 1.3 $f/cm^3$ during this work.

Removal

Crossman et al. (1996) found that removing VAT with a dry hand-held scraper caused worker asbestos exposures as high as 0.17 $f/cm^3$. Lange (2002), for workers using similar techniques, measured somewhat lower concentrations, i.e., 0.02 – 0.04 $f/cm^3$.

## Background Exposures

Mr. Hoff's occupational and non-occupational asbestos exposures were much higher than his likely exposures from the ambient background asbestos concentration, which historically has varied by time and location but is in the range of $10^{-4}$ to $10^{-8}$ $f/cm^3$ (ATSDR, 2001).

## Warnings

Mr. Hoff was not warned about the dangers of asbestos in the products he worked with:

20 Q. (By Mr. Patterson) While you were at Chanute, did
21 you see any kind of asbestos warning label on a J-57 engine?
22 A. There were no warning labels at all about asbestos. [Vol 2 94:20-22]

24 Q. Okay. At any of the bases that you worked at did
1 you ever see a warning label regarding asbestos on either
2 the J-57 or the TF-33 engine?
3 A. No. There was never any warning at all about
4 anything about asbestos.
5 Q. If there was a warning label which said asbestos
6 may cause terminal cancer, would you have taken steps to --
7 taken steps to protect yourself?
8 DEFENSE COUNSEL: Object to form.
9 A. Most definitely. [Vol 2 122:24-123:9]

9 A. No. The only warnings, cautions, or notes are in
10 tech data for the disassembly or assembly and any PPE that
11 is required. But there is no warnings or cautions about
12 asbestos in the tech data. [Vol 2 135:9-12]

**Opinion**

Based on all of the above information, it is my opinion to a reasonable degree of scientific certainty that Raymond Hoff was exposed to dangerously high levels of asbestos as a result of all of the sources described above. These sources caused Mr. Hoff to repeatedly inhale asbestos fibers, and each inhalation contributed to his risk of developing mesothelioma.

Furthermore, the dangers of exposure to asbestos were publicly available to entities such as the defendants in this matter well before Raymond Hoff was exposed and thus his exposures were entirely preventable.

____________________________________

Michael J. Ellenbecker, Sc.D., CIH

Attachment 1. Ellenbecker Curriculum Vitae

**List of References**

ACGIH, 2004, "Documentation of the Asbestos Threshold Limit Value," American Conference of Governmental Industrial Hygienists.

Atkinson, MAL, et al., 2004, "Evaluation of the size and type of free particulates collected from unused asbestos-containing brake components as related to potential for respirability," Am J Ind Med 46:545-553.

Balzer, JL, and Cooper, WC, 1968, "The work environment of insulating workers," Am Ind Hyg Assoc J 29(3):222-227.

Blake, CL, Johnson, GT, and Harbison, RD, 2019, "Power stripping of asbestos-containing insulation from electrical cable," Occ Dis Env Med 7:65-74.

Bloomfield, J.J., and S.M. DallaValle, 1935, "The Determination and Control of Industrial Dust," Public Health Bulletin No. 217.

Boice, JD, et al., 1999, "Mortality among aircraft manufacturing workers," Occup Environ Med 56:581-597.

Cook, W, 1942, "The occupational disease hazard," Ind Med 11(4):193-197.

Compton, SP, and Millette, JR, 2012, "Examination of Borg-Warner "Borg & Beck" clutch plate for asbestos," MVA Scientific Consultants, Report No. MVA8219, 20 July 2012.

Crossman, RN, et al., 1996, "Quantification of fiber releases for various floor tile removal methods," Appl Occup Env Hyg 11(9):1113-1124.

Doll, R, "Mortality from lung cancer in asbestos workers," Brit J Ind Med, 1955, 12:81-86.

Dreesen WC, Dallavalle JM, Edwards TI, et al., 1938, "A study of asbestosis in the asbestos textile industry," Public Health Bulletin No. 241, Washington, DC: US Public Health Service.

Drinker, P, and Hatch, T, 1936, Industrial Dust - Hygienic Significance, Measurement and Control, McGraw - Hill.

Drinker, P, and Hatch, T, 1954, Industrial Dust - Hygienic Significance, Measurement and Control, 2d ed, McGraw - Hill.

Fontaine, JH, and Trayer, DM, 1975, "Asbestos control in steam-electric generating plants," Am Ind Hyg Assoc J 36(2):126-130.

Haddow, AC, 1929, "Report of Annual Meeting of British Medical Association," Lancet 2:230-231.

Harries, PG, 1971, "Asbestos dust concentrations in ship repairing: A practical approach to improving asbestos hygiene in naval dockyards," Ann Occ Hyg 14:241-254.

Hickish, DE, and Knight, KL, 1970, "Exposure to asbestos during brake maintenance," Ann Occ Hyg 13(1):17-21.

Hinds, WC, and Zhu, Y, 2022, Aerosol Technology – Properties, Behavior, and Measurement of Airborne Particles, 3rd ed, Wiley.

Hodgson, MJ, et al., 1988, "Asbestosis among electricians," J Occ Med 30(8):638-640.

Hoffman, FL, 1918, "Mortality from respiratory diseases in dusty trades (inorganic dusts)," U.S. Department of Labor, Bureau of Labor Statistics, Bulletin No. 231, Government Printing Office, Washington.

Hueper, WC, 1948, "Environmental and occupational cancer," Public Health Reports, U.S. Public Health Service, Supplement 209.

Huncharek, M, and Muscat, J, 1990, "Pleural mesothelioma in a non-shipyard electrician," Brit J Ind Med 47:68.

ICF, 1989," Regulatory impact analysis of controls on asbestos and asbestos products," Final Report, Volume III, Appendix F, XVIII – XXII, ICF Inc., prepared for the Office of Toxic Substances, U.S. Environmental Protection Agency.

Jiang, CT, et al., 2008, "A study of airborne chrysotile concentrations associated with handling, unpacking, and repacking boxes of automobile clutch discs," Reg Tox Pharm 51:87-97.

Kauppinen, T, and Korhonen, K, 1987, "Exposure to asbestos during brake maintenance of automotive vehicles by different methods," Am Ind Hyg Assoc J 48(5):499-504.

Kopelovich, LM, et al., 2014, "History and evolution of warning labels for automotive friction products," Reg Tox Pharm 68:402-411.

LaDou, J, et al., 2010, "The Case for a Global Ban on Asbestos," Environ Health Perspect 118:897-901.

Lange, JH, 2002, "Impact of asbestos concentrations in floor tiles on exposure during removal," Int J Env Health Res 12:293-300.

Liukonen, LR, Still, KR, and Beckett, RR, 1978, "Asbestos exposure from gasket operations," Naval Regional Medical Center, Bremerton, WA.

Longo, WE, et al., 2002a, "Fiber release during the removal of asbestos-containing gaskets: A work practice simulation," Appl Occ Env Hyg 17(1):55-62.

Longo, WE, and Hatfield, RL, 2002b, "Scoring and snapping asbestos containing floor tile – work practice study," Materials Analytical Services, Inc.

Madl, AK, et al., 2008, "Exposure to chrysotile asbestos associated with unpacking and repacking boxes of automobile brake pads and shoes," Ann Occ Hyg 52(6):463-479.

Markowitz, S, 2015, "Asbestos-Related Lung Cancer and Malignant Mesothelioma of the Pleura: Selected Current Issues," Semin Respir Crit Care Med 36:334-346.

Mereweather, ERA, Price, CW, 1930, "Report on effects of asbestos dust on the lungs and dust suppression in the asbestos industry," His Majesty's Stationery Office, London.

Mereweather, ERA, 1933, "A memorandum on asbestosis," Tubercle, 15:69-81; 109-118; 152-159.

Millette, JR, et al., 1995, "Releasability of asbestos fibers from asbestos-containing gaskets," EIA Tech J.

Millette, JR, and Mount, MD, 1999, "Microscopical studies of asbestos fiber release during cutting and stripping of wire cables," Microscope 47(3):159-161.

Mowatt, F, Weidling, R, and Sheehan, P, 2007, "Simulation tests to assess occupational exposure to airborne asbestos from asphalt-based roofing products," Ann Occup Hyg 51(5):451-462.

Murphy, RL, et al., 1971, "Floor tile installation as a source of asbestos exposure," Am Rev Resp Dis 104:576-580.

NIOSH, 1976, "Revised recommended asbestos standard," DHEW (NIOSH) Publication No. 77-169.

Oberdőrster, G, and Graham, U., "Predicting EMP hazard: Lessons from studies with inhaled fibrous and nonfibrous nano- and micro-particles," Tox Appl Pharm 361:50-61.

OSHA, 1995, Asbestos Standard for General Industry, OSHA 3095 (revised), Occupational Safety and Health Administration .

Roelofs, CR, et al., 2013, "Mesothelioma and employment in Massachusetts: Analysis of cancer registry data 1988-2003," Am J Ind Med, doi 10.1002/ajim.22218.

State of California, 1939, "Dusts, Fumes, Vapors and Gases Safety Orders," Department of Industrial Relations, Industrial Accident Commission.

Stewart, MJ, Tattersall, N, and Haddow, AC, 1932, "On the occurrence of clumps of asbestosis bodies in the sputum of asbestos workers," J Path Bacter Vol. 35, Part 1:737-741.

Stokinger, HE, 1956, "Prepared Discussion," A.I.H.A. Quarterly 17(3):284-286.

TLV, 1950, "Threshold Limit Values," Archives of Industrial Hygiene and Occupational Medicine, Vol. 2, pp. 98-100.

Wagner, JC, et al., 1960, "Diffuse pleural mesothelioma and asbestos exposure in the North Western Cape province," Brit J Ind Med 17:260-271.

Weiss, J.E., ed., 1943, "1021 Answers to Industrial Health and Safety Problems," Occupational Hazards, Inc., Cleveland, OH, p.41.

Welch, LS, 2007, "Asbestos exposure causes mesothelioma, but not this asbestos exposure: An amicus brief to the Michigan Supreme Court," Int J Occup Environ Health 13:318-327.

Willson, F, 1931, "The very least an employer should know about dust and fume diseases," Safety Engineering, Vol. LXII, No. 5.