VOLUME: 1
PAGES: 1-264
EXHIBITS: 1-15

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

C.A. NO.
3:24-cv-00206-SFR

************************************
RAYMOND A. HOFF and *
NANCY B. HOFF, *
Plaintiffs, *
*
vs. *
*
AVCO CORPORATION, et al., *
Defendants. *
************************************

VIDEOTAPED VIDEOCONFERENCE
DEPOSITION OF MICHAEL ELLENBECKER, ScD., CIH
Wednesday, July 30, 2025
Best Western Plus
13500 South Willow Street
Manchester, New Hampshire

Darlene Caiazzo Sousa, RPR,
CSR MA #135893, LCR NH #139
LEXITAS
508.478.9795 508.478.0595 (Fax)
www.LexitasLegal.com

A. No.

Q. Do you know how many different engines Pratt & Whitney made over time?

A. No.

Q. Other than that memo that's not included in your report, did plaintiffs give you any information and documentation about the use of asbestos-containing component parts on the particular engines that Mr. Hoff identified?

A. No.

Q. You mentioned it's your opinion that each exposure to asbestos Mr. Hoff had increased his risk for the development of mesothelioma; is that right?

A. Yes.

Q. And is it your opinion that that is true no matter how small that exposure was?

MR. SHEPARD: Objection.

A. Yes.

Q. So is it your opinion that exposures at background levels in the ambient air increase one's risk for the development of an asbestos-related disease?

A. Not asbestosis, but lung cancer and mesothelioma, yes.

Q. And it's your opinion that each exposure increases one's risk no matter how short in time that exposure is?

A. If you inhale any asbestos fibers from any source, once you inhale the fiber and it deposits in your respiratory system, that fiber has the potential to migrate to the pleural space and initiate the disease process of mesothelioma. Every individual fiber has that potential.

The risk from one fiber, of course, is exceedingly small, but it can't be zero because if the risk for one fiber is zero, then the risk for a hundred fibers is zero, a thousand fibers is zero. So every fiber has a very, very low risk individually, but if you're inhaling -- so the risk from any exposure is proportional to the number of fibers you inhale from that exposure.

Q. So that's a yes?

A. I didn't know it was a yes-or-no question. I gave you my answer.

Q. I'm sorry. Maybe I asked a poor question. Is it your opinion that each exposure to asbestos increases one's risk for the development of mesothelioma no matter how short in time that exposure is?

A. I guess I explained why I gave my answer. The answer is yes.

Q. And it's your opinion that each exposure to asbestos increases one's risk for the development of mesothelioma or lung cancer no matter how low the concentration of that exposure to airborne asbestos is, right?

MR. SHEPARD: Objection.

A. Yes.

Q. And it's your opinion that each exposure increases one's risk for the development of mesothelioma no matter how infrequent those exposures are, true?

MR. SHEPARD: Objection.

A. Yes.

Q. Explain to me your logic behind the idea that if one fiber doesn't increase risk, then a thousand fibers doesn't increase risk, then a million fibers doesn't increase risk.

A. Well, the assumption that a thousand fibers increases risk when each individual fiber does not increase risk assumes that there's something different about having a thousand fibers versus one fiber, and I don't know of any reason, any synergistic effect between fibers. If you inhale a thousand fibers, all thousand of them will deposit in a different alveolus. They're physically isolated from one another, and so why would -- they can't communicate with one another. And so their individual risk is still present because they're isolated in the lung from one another. That's the logic.

Q. Is it your opinion, Dr. Ellenbecker, that even the inhalation of literally one airborne asbestos fiber increases one's risk for the development of mesothelioma or lung cancer?

A. Yes. But the risk from one fiber is exceedingly low, but it can't be zero, but it's exceedingly low.

Q. And it can't be zero because then a thousand fibers would be zero?

for example, if Pratt & Whitney said you need to include this asbestos gasket in the QEC kit, then they would be contributing to that and specifying that. But I don't know how that works. That's not my area of expertise.

Q. Mr. Cecchini, just to be clear, he never said Pratt & Whitney specified that, did he?

A. No. He said it was a joint design procedure between the aircraft manufacturer and the engine manufacturer.

Q. So I can ask you whether certain component parts on an engine are part of the QEC or not part of the QEC, and you would have no idea?

A. Correct.

Q. And I could ask you whether you're aware that someone other than Pratt & Whitney supplied component parts that are affixed to the external of a Pratt & Whitney engine, and you wouldn't have any idea, would you?

A. Not my area of expertise.

Q. What is your understanding of what the heat shields Mr. Hoff identified on a Pratt &

Whitney engine were made of?

A. Well, I quote from his testimony on page 10 of my report. He's specifically talking about the heat shields on the -- he was asked about the insulation blankets on the afterburners, and he said they were a thin material, probably 3/8. It was metal clad. It looked like aluminum foil, stainless steel. It had insulation material in between the inner and outer surfaces of the insulation. That was his description.

Q. So it's a piece of steel?

A. No, it's sandwiched between the outer layer of metal and an inner layer of insulation.

Q. Are you aware of what any material, if any, inside the heat shields on a Pratt & Whitney engine that Mr. Hoff worked on were made of?

A. No. It's certainly consistent with asbestos, but whether they were or not asbestos is a factual question. I would expect other fact witnesses to present that information to the jury, and then I would be asked

hypotheticals based on factual information provided to the jury by others. But it's a fact question. I'm not a fact witness.

Q. Has plaintiffs' attorneys given you any of that testimony of other fact witnesses that discusses that?

A. No.

Q. Would you agree with me, Dr. Ellenbecker, that if there was no asbestos within any heat shields used on Pratt & Whitney engines that Mr. Hoff worked on or around, that Mr. Hoff would not have had any exposure to asbestos from those heat shields?

A. Yes.

Q. I know it's axiomatic, but I have to ask you. Why did you equate a material encased in stainless steel with pipecovering and boiler insulation with respect to exposures?

MR. SHEPARD: Objection.

A. He's talking about what he was doing in 1969, 1970. In my experience, thermal insulation products used in 1969 and 1970 more likely than not were made out of asbestos. Many, many of them were. Certainly possible

A. If I have them and they're not confidential, I'll give them to Mr. Shepard.

Q. Thank you. If they are, we'll have to figure out how to deal with it.

MR. ANDERSON: Just to be clear, I guess, in case I didn't say it, Exhibit 13 is the deposition of Gene Davis. I would also like any exhibits attached to that deposition.

Q. Would you at least agree with me that two sheets of stainless steel and some material that may or may not be asbestos inside of it is a different type of product than pipecovering and boiler insulation?

A. Yes.

Q. So why did you point to pipecovering and boiler insulation articles to give your opinions about airborne concentrations generated by two totally different products?

A. Well, I rely on the closest thing available in the published scientific literature which is thermal insulation which is typically in the form of preformed pipe insulation and block insulation because that was, obviously, much more widely used during

the time and was studied by researchers.

If there's any measurements by Pratt & Whitney of asbestos exposure from that particular product, I'd be glad to look at them and add that to my opinion, but I have not seen any specific measurements for a sandwich-type thermal insulation product. So I used the available information.

Q. And you think that pipecovering or block is the closest you can come?

A. In the published scientific literature, yes.

Q. So I didn't see anywhere that you noted that you would adjust somehow those concentrations given that they're two totally different products, thermal system insulation used in pipecovering and boiler insulation and heat shields used on engines. You just cite the airborne concentrations from ripout of pipecovering in boiler space?

MR. SHEPARD: Objection.

Q. Why did you do that?

A. Because that's what's available in the literature, and I didn't quantify any of his

exposures. I used that to indicate that manipulating, removing, cutting, handling, deteriorated asbestos-containing thermal insulation can release large amounts of airborne asbestos.

Q. Why didn't you just say that in your report? Why did you give the airborne concentrations at all if they don't apply?

A. Because it indicates --

MR. SHEPARD: Objection.

A. -- it indicates the possible range of exposures that you're going to have.

Q. So you think that a stainless steel heat shield enclosing a material inside of it that may or may not be asbestos when used could generate airborne concentrations of asbestos as high as 300 or 3,000 fibers per cc?

A. Not likely.

Q. But that's the range of the literature you cite, isn't it?

A. To indicate the potential for release from products, Mr. Hoff said that those sandwich materials broke apart when he handled them meaning that the interior insulation broke

Q. In your mind, that's a good thing to do?

A. Yes.

Q. And that's not something you've seen?

A. I'd be happy to see them if you have them. Do they exist?

Q. I'm sorry, that's not something you've seen, is it?

A. No.

Q. So do you agree with me then on your section on insulation, that the airborne concentrations you give are potential for exposure from thermal system insulation used in pipecovering and block and not the potential for exposure from work with a heat shield which may have contained asbestos?

A. The specific measurements I would agree, yes.

Q. Do you know if the heat shield Mr. Hoff described is an item that came with the airplane or the engine or as part of the QEC kit?

A. I do not.

Q. Do you know what I mean if I use the

phrase "airframe"?
A. Yes.
Q. Okay. Do you know if that was an airframe material?
A. I do not know.
Q. Do you know when that would have been added to wherever it was added?
A. No.
Q. Do you know who added it?
A. No.
Q. Do you know if the Air Force added it?
A. No. I mean, when a plane was built, I assume not, but during maintenance, sure, they would have added. The mechanics would be adding it, taking it off, according to Mr. Hoff. But when the plane was built, it wasn't added by the Air Force.
Q. Do you know if that heat shield was included when that airframe was built?
A. It was included when the plane was delivered to the Air Force.
Q. How do you know that?
A. That's an assumption on my part.
Q. Okay. The answer is no, you don't

know if that --

A. In my experience when I was in the Air Force, complete systems were delivered by contractors, and you didn't depend upon the Air Force to add little nilly pieces here and there. This was a component of the airplane, so it's my assumption that that was included when the plane was delivered.

Q. Do you know who supplied any of the clamps that Mr. Hoff testified he worked with?

A. I remember that he said it was a company named Adell, A-D-E-L-L, I believe.

Q. So you agree with me that the clamps Mr. Hoff discussed were not a Pratt & Whitney part?

A. No, I don't know that. Did they have a Pratt & Whitney number on them? Were they purchased by Pratt & Whitney and added to their engines and, therefore, had a Pratt & Whitney part? I don't know. Part number, I don't know.

Q. But Mr. Hoff testified they were clamps made by a company named Adell?

A. He knew that, yeah.

assess the potential for exposure of aircraft mechanics from working with aircraft or any components of the aircraft?

A. Well, I guess you could possibly put the Mlynarek, M-L-Y-N-A-R-E-K, I think it is, study in that category.

Q. Okay. Did you cite that in your report?

A. No.

Q. Why not?

A. I didn't think the data were particularly relevant. I could have put it in. I added it to my reference list because I realized it wasn't on there. I had the article. I had problems with the article, so I didn't cite it.

Q. When did you receive that article?

A. When was it published? I'm not asking a question. I'll look it up. Hold on.

It was published in 2012. I know I reviewed it when I did the other aircraft cases that I've done, so some number of years ago. I've had this article for a number of years.

Q. When were those other aircraft cases?

it to the list.

Q. Was it on your reliance list in McClung?

A. I told you I just added it last week.

Q. So that's a no?

A. That's a no.

Q. Was it on your reliance list in Faulk?

A. No.

Q. Have you been asked about it before?

A. No, not that I recall.

Q. Have you ever testified about it before?

A. Not that I recall.

Q. What takeaway from the Mlynarek study is so important suddenly that you added it to your reliance list?

MR. SHEPARD: Objection.

A. It's not. I don't rely on it. I don't think it tells us much. I added it because I had the file, and it wasn't listed in that section of my reliance list. So I added it to it.

Q. Can you explain it to me, Doctor? I'm not following you.

gasket is dependent upon maintenance practices?

MR. SHEPARD: Objection.

A. Beyond my area of expertise.

Q. Do you agree that gaskets installed in identical situations with identical uses but differing time frames for how long they've been installed would yield different results upon removal for airborne concentrations?

A. The workers that have done this testify that gaskets that have only been installed for a short period of time are easy to remove and would not require scraping or wire brushing, and gaskets that have been installed for longer periods of time tend to stick to the flanges and require more energy to remove them. So I think as a general rule, the longer the gasket is in place, the more difficult it will be to remove. But beyond that, I don't know that I could quantify that.

Q. When you cited the gasket studies you cited, those are from studies of industrial uses of gaskets in steam lines, high-pressure, high-temperature steam lines, and on things like valves and pumps and flanges in those

steam lines, correct?

MR. SHEPARD: Objection.

A. Most of them.

Q. Which of them are not from that?

A. Well, I don't know if Liukonen -- perhaps not all of them. Some of the Navy ones were -- I mean, that's the most common use of gaskets would be in high temperature, high pressure, and steam is a common industrial process that produces high temperature.

Q. Right. It can even be superheated system which is very high pressure and very high temperature, right?

MR. SHEPARD: Objection.

A. Yes.

Q. But you, in your analysis, assume that the gaskets used on aircraft engines would be similar to the ones used on flanges or valves or in steam piping in these studies, true?

A. Based on the plaintiff's testimony that he had to wire brush 90 percent of the gaskets off the flanges that he removed, it would seem that those gaskets were sticking to flanges in a similar fashion to the ones that

were used in non-aircraft operations, but, again, I'm not quantifying his exposures because we don't have any actual measurements of his exposure.

Q. Maybe I asked a bad question. You assume that the gaskets used on aircraft engines, gaskets themselves would be similar to the ones used in large industrial steam piping on flanges and valves like in the studies that you cite, true?

A. Yes.

Q. And you assume that the activities related to an aircraft engine and the stress it puts on that gasket in the system would be similar to the activities in a large industrial piping system and the activities yielding results on those gaskets, right?

A. I'm not assuming anything. It may be, for all I know, a more severe environment inside of jet engine flying at Mach 2, doing violent G maneuvers, temperatures from afterburners. I mean, it's a very severe environment, I assume, in a jet engine. Whether it's more severe or less severe than a

typical steam line, I couldn't say.

Q. You don't know?

A. I don't know.

Q. Did you do anything to investigate that?

A. No.

Q. Do you know how long a gasket stays in a jet engine in the Air Force as an average?

A. No.

Q. Do you know how long the gasket stayed in the steam systems the flanges, the valves, the pumps that are in the studies that you cited in the large industrial piping system?

A. No.

Q. And you assume that the potential for exposure from any work on gaskets on aircraft engines would be at least similar to exposures from work on flanges or valve gaskets on large industrial piping, true?

A. Yes.

Q. And do you know the temperature of the medium flowing through an aircraft engine?

A. No.

Q. Do you know the temperature of steam

flowing through a superheated steam line?
A. No.
Q. Do you know the pressure of the medium flowing through an aircraft engine system?
A. No.
Q. Do you know the pressure of superheated steam lines?
A. No.
Q. Did you cite your typical gasket studies because there are no other studies of gaskets specific to the aviation context where somebody has attempted to study the airborne concentrations of asbestos generated, if any, when maintaining an engine, installing, removing a gasket?
A. Well, I didn't have any data when I wrote my report. I do now, but that's why I referenced the published studies because I had no data about aircraft.
Q. Are there any published studies specific to aircraft maintenance that deal with installation or removal of gaskets?
A. Yes. The Mlynarek study.
Q. Any others?

working at it. So, again, it's just inconsistent, I think.

Q. Anything else?

A. No.

Q. Okay. Let's start with that last point. That's an average airborne concentration, right?

A. That's what it says.

Q. So it includes zeros, right?

A. No. It may be perhaps some nondetectable values, yes.

Q. It's an average of various samples that they took during this study, correct?

A. Well, again, for phase contract microscopy, it did have a limit detection of .00005 fibers per cubic centimeter. Let me see if he says how long the sample volume was for the area samples.

It just seems illogical to me, that's all.

Q. I get it. So your problem with Dr. Mlynarek's use of NIOSH 7402 is not really a problem with Dr. Mlynarek, right? It's a problem with 7402 that you have?

A. Yes.

Q. You're not saying he did anything wrong using 7402 in his analysis. You just don't like the method?

A. Correct.

Q. Have you ever told NIOSH their method is faulty?

A. Not in any written form, but I've certainly talked to NIOSH about that, sure.

Q. And what did they say?

A. They acknowledge that it shouldn't be used for quantifying asbestos exposures.

Q. And where did they say that?

A. To me personally. I don't know if...

Q. So have they published anything like that? Have they put anything like that in the regs?

A. Hold on.

Q. Have they made a public statement like that?

A. In the 7400 method, which I'm looking at, it says, "Evaluation of the method. The TEM method using the direct count of asbestos fibers has been shown to have a precision of

asbestos fibers, there was still fibers. I don't think in the middle of a jet engine you're going to get all cotton fibers.

They weren't cotton fibers. They're mineral fibers. And if mineral fibers are the dimensions of an asbestos fiber, you're going to inhale them. You're going to deposit in the alveolar region. And you expect an alveolus to say, well, that's not an asbestos fiber.

You don't have to worry about it. It's a ceramic fiber or whatever it is. So, I mean, that's not good industrial hygiene, in my opinion.

Q. So 7402 has been around for 36 years revised once?

A. Issued in 1989, yeah.

Q. Are you aware of NIOSH considering getting rid of 7402?

A. No.

Q. Are you aware of anybody publishing anything in the peer-reviewed or published literature saying they should limit 7402?

A. I've published about the inaccuracies of methods. That's why we spend a lot of time

and effort developing direct deposition.

Q. With respect to carbon nanotubes?

A. Doesn't matter. That's what our research was.

Q. And NIOSH has turned a deaf ear to that apparently?

A. No, they haven't. They think that's -- I don't know what they think about the method. I think they think it's a great method. The reason we had to do it is because you can't see carbon nanotubes on phase contrast microscopy. If you can see them on phase contrast microscopy, we would have used it, but they're too small. We had to use TEM, so we developed a better method than the NIOSH 7402.

Q. All right. I think you changed your opinion. Dr. Mlynarek does talk about asbestos being a carcinogen, right?

A. Barely, barely, yes.

Q. Did you say barely?

A. Barely.

Q. Okay. This isn't a paper saying whether asbestos is or isn't a carcinogen, is

it?

A. Again, in my opinion, every article that's written about asbestos should emphasize that it's a carcinogen.

Q. Does every article written about asbestos say that?

A. No. They all should. Many of them don't.

Q. I think your other criticism was he doesn't list what cancers it can cause. You think he should do that too?

A. Yes.

Q. Do you have a problem with him using an eight-hour time-weighted average?

A. Yes. And I have a problem with him doing just one sample for disassembly and not separating out -- for example, disassembling a gasket, taking a gasket off so that the asbestos concentrations get diluted by the times when he was disassembling nonasbestos equipment.

Q. And it's your opinion that likely much of the asbestos that would have been included on this engine was removed?

A. I said it's possible because this engine was tested in 2016, and these engines undergo a routine periodic maintenance. So it's likely that if the engine was maintained any time after 1985, any asbestos components that were taken out should have been replaced by nonasbestos components.

Q. So your opinion is that it's possible much of the asbestos that originally was on this engine had been removed by the time Dr. Mlynarek studied it?

A. Right.

Q. You criticized that he doesn't discuss the concept of even one fiber increases the risk of disease?

A. Well, the concept that low asbestos concentrations still have contributory risk of developing mesothelioma.

Q. So if he found one asbestos fiber in his study, he should have reported that that can still increase your risk, in your opinion?

A. Yes.

Q. In your review of Mr. Hoff's deposition testimony, did you find any evidence

Q. Fontaine and Trayer talked about tearing out insulation, sawing, installing or building up insulation, mixing insulating cement, cutting insulation with a band saw. Are those the type of activities Mr. Hoff did in maintenance of an aircraft engine?

A. Not all of them. He said he removed the thermal insulation panels, and he broke them and exposed the insulation on the inside while he was handling them. Created dust, and he was exposed to that dust. He didn't saw the panel. He didn't do most of the activities you just mentioned.

Q. It's not the activities that you would typically associate with an insulator tearing out insulation, say, on a turnaround of a power plant, is it?

A. It's a different activity. He was not doing that.

Q. With a different product, right?

A. Yes.

Q. Even though you call both of them thermal system insulation, true?

A. Different forms of thermal insulation.