VOLUME 1
PAGES 1 - 205
EXHIBITS: 1 - 14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
***********************************
 RAYMOND A. HOFF and NANCY B.      *
 HOFF,                             *
          Plaintiffs,              *
 vs.                               *
                                   *
 AVCO CORPORATION, et al.,         *
          Defendants               *
***********************************
```

VIDEOTAPED HYBRID VIDEOCONFERENCE
DEPOSITION OF RAYTHEON TECHNOLOGIES
CORPORATION, by its designee, JOHN SUMNER
Wednesday, February 12, 2025
9:12 a.m. - 1:32 p.m.

--- Deanna L. Veinotte, RPR, CRR, CCP, CRC ---
LEXITAS
(508) 478-9795 ~ (508) 478-0595 (Fax)
www.LexitasLegal.com

Page 201, Lines 9-13 contain EAR ECCN 9E991 technical data, and must be handled accordingly.

components?
A. The components, there was an asbestos-containing gasket between the component and the gearbox on those engines.
Q. How about hoses, hose assemblies, fire sleeves, insulation?
A. We have no fire sleeves.
Q. In the QEC?
A. Those are part of the QEC. They're not Pratt & Whitney parts.
Q. Right. So let me start again then. Did the QEC -- component parts of the QEC for the J57 and TF33 engines in the 1969 to 1980 time frame more likely than not include asbestos-containing components?
A. Within the component itself?
Q. Yes. That some of the components that were part of the QEC contained asbestos?
A. Which were part of the QEC?
Q. Yes.
A. I don't know. I suspect so, but I haven't seen -- I don't have access to the drawings or the manuals or anything for the QECs.

answers?
A. Yes, I think, as I mentioned earlier, that I really haven't spent much time looking for vendors.
Q. So, for example, Dexter Hysol, you wouldn't be able to tell us, as you sit here today, whether it was used on the J57 or TF33s, and if so, where?
A. No, not without doing some research.
Q. Okay. Heat shields is the next one listed, Johns-Manville Flex Min-K; do you see that?
A. Yes.
Q. So that was an asbestos-containing material according to this?
A. It was for a while. It was eventually changed to non-asbestos, but, yes, at this time it was.
Q. And did you see anything in the documents showing that the Johns-Manville Flex Min-K was used on the J57 or TF33?
A. No.
Q. And you said you'd have to go to the drawings to determine whether that was the

case?
A. Yes, but I don't think it was used on either of these engines.
Q. Okay. Because it says heat shield; is that why you're saying that?
A. Yes, because I've looked at the heat shields recently.
Q. Okay. If you flip the page, we've got -- so underneath heat shields we have gaskets listed, right, and then on the next page loop clamp grommets, cushion loop clamps; do you see that?
A. Yes.
Q. All right. And those are the things that hold the fluid or electrical lines on the engine?
A. Yes.
Q. All right. Underneath that, packings?
A. Uh-huh, yes.
Q. Slash preformed packings. Is that gaskets?
A. They're generally not flat like you would think of a gasket. They generally have a shape to them.

function as an engine or as an engine afterburner?

A. The engine will run and function normally without the insulation on there. We do that in a test cell, as a matter of fact, before we ship the engine. The only purpose is to protect the airframe hardware.

Q. I forgot to ask you one question about the filler material that was contained within the -- within some of the heat shields.

Was that filler material made by Pratt & Whitney, or was that something that was provided by a vendor?

A. That was provided by a vendor.

Q. And we talked a lot today about some of the gaskets and clamps and the like that were on the outside of the engine; do you recall that?

A. Yes.

Q. And were all those gaskets and clamps made by someone other than Pratt & Whitney?

A. Yes, they were all vendor parts.

Q. And is it fair to say that not every gasket that was on the outside of the engine

contained asbestos?

A. Yes.

Q. Would that be the case with any gasket that was inside the engine, too?

A. Yes, there were many that had no asbestos in them.

Q. And would that be the same for the clamps?

A. Yes, some clamps used strictly a rubber cushion.

Q. And were there also just metal clamps with no cushion material in between?

A. In some very localized areas, yes.

MS. PERRITANO: Thank you, sir. I have no other questions.

THE WITNESS: Okay. You're welcome.

MR. SHEPARD: Anyone else have questions before I ask some follow-up?

(No response.)

* * * * *

EXAMINATION CONDUCTED

BY MR. SHEPARD:

Q. A few follow-up questions. Let's talk about the adhesives.