VOLUME: 1
PAGES: 1-351
EXHIBITS: 1-32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
C.A. NO.
3:24-cv-00206-SFR

************************************
RAYMOND A. HOFF and *
NANCY B. HOFF, *
Plaintiffs, *
vs. *
AVCO CORPORATION, et al., *
Defendants. *
************************************

HYBRID VIDEOTAPED VIDEOCONFERENCE
DEPOSITION OF THEODORE CECCHINI
Thursday, September 11, 2025
Courtyard Shelton
780 Bridgeport Avenue
Shelton, Connecticut

Sandra Semevolos, RMR, CRR, CRC
LEXITAS
508.478.9795 508.478.0595 (Fax)
www.LexitasLegal.com

BY MR. WILSON:
Q. In the second page of 25, in the top and the middle has a Number 1; do you see that?
A. That's the index number, yes, sir.
Q. And if you follow that down to the index itself, what does that describe that part as?
A. Blanket, insulation J57 afterburner.
Q. All right.
A. I'm guessing Thompson, H.I.
Q. And this document, at least by the front page, it's an F-100A IPB; correct?
A. Yes, sir.
Q. And do you know who manufactured the F-100A?
A. No, I don't.
Q. Do you know if it was North American?
A. They are no longer in business. Somebody else bought them.
Q. I know. But in 1959, they were in business. They were building F-100s.
So do you think that this Part Number 1 is what Mr. Hoff was describing from Exhibit 25?
A. I don't know which one he was describing. You are showing me one that's part of the airframe IPB. I don't know which one. I don't know which

one he was describing. I would have thought there would have been more than one in the engine bay of an F-100.

Q. Okay. So if this is the part that Mr. Hoff is describing and you find it here in the North American or the airframer IPB, and it is not in the Pratt & Whitney IPB, would you agree with me that this heat shield is an airframer-supplied item?

MR. SHEPARD: Objection.

A. I don't want to sound like a broken word. I just don't know what happens behind the scenes.

Q. All right.

A. If I give them that part number, I don't know who supplies it. I agree with you it's part of the IPB of the airplane.

Q. Of the airframer?

A. Yes, sir.

Q. Do you have any information or knowledge whether this particular part contained asbestos?

A. Other than what I think I know based on what has been told to me and what I've gained knowledge of over my years?

Q. Sure.

A. No.

Q. All right. Is it your belief that every insulation blanket contained asbestos in the -- on aircraft built in the '50s, '60s, '70s?

A. Every one?

Q. Yes.

A. I can't say every one, no, sorry.

Q. Okay. Then if you go to the third page of that Exhibit 25, and you go to Part Number 15, it's right in the middle.

THE WITNESS: I'm looking at the nomenclature. It's right there.

MR. SHEPARD: The nomenclature is on the next page.

THE WITNESS: The nomenclature is before it.

MR. SHEPARD: No, after it.

BY MR. WILSON:

Q. Do you think that this is the part that Mr. Hoff was talking about that he described I think as a vapor barrier? But as I've told you, I think that what he's talking about is a fire seal, but let me know if you agree.

A. I actually thought he was talking about that on the afterburner, and I thought -- yeah, I think the afterburner is beyond that in the motor.

Q. So you don't think this is the part that Mr. Hoff was talking about, Number 15, which as you note on the next page is described nomenclature-wise as a fire seal?

A. I thought he was referencing the seal by the afterburner.

Q. Well, this is a seal where the afterburner starts. You think it's the seal farther down?

A. I thought he was talking further, further down in the engine, but -- in the assembly of the engine, but --

Q. Okay.

A. I'm not sure that the -- I'm actually not sure if the afterburner starts there. I thought the afterburner starts roughly where 18 is.

Q. Okay.

A. Because 18, if you look at the next page, says engine afterburner hook attachment.

Q. All right. Well, either way, I'm guessing that your testimony would be that if this is the part he's talking about, which we're not saying it is, but if it is, it's here in the airframer manual, but at the end of the day you don't know who supplies the part?

A. No, sir, I don't.
Q. Correct?
A. I don't.
Q. Correct?
A. Correct.
Q. Okay. Then let's look at the F-101 -- excuse me, the F-100D.
MR. SHEPARD: This is Exhibit 26?
Q. And this is Exhibit 26, also an excerpt from the F-100D IPB; would you agree with me on that?
A. Yes, sir.
Q. And is there a highlighted portion in there? Yeah, you've got some highlighting.
A. So, yeah, so I'm just looking at -- I'm sorry to question you, but the only thing we're going by is the fact that it says aircraft; is that correct, on the front, F-100D aircraft, instead of saying F-100D J57?
Q. Correct.
A. That's how we are denoting whether it's the aircraft IPB versus the engine IPB.
Q. Correct.
A. Okay.
Q. Do you agree with that? Do you think

A. No.
Q. Me either.
A. One star or two star? I don't know.
Q. And once again, if you go to the very back page, you'll see some highlights hopefully -- or actually, I'm sorry, go to the second page; do you see the highlight there?
A. Yes, sir.
Q. Will you take some time and review those highlights.
(Pause.)
A. Okay, sir.
Q. Would you agree with me, these appear to be the insulation blankets described by Mr. Hoff in the engine compartment?
A. Yes.
Q. And would you agree with me that these are parts that are identified in the airframer IPB?
A. Yes.
Q. All right. And then on the last page, and I don't know why it's like that, can you read those highlights?
A. Jeez. Yes, I can see them.
Q. And again, these describe insulation blankets that are placed around the engine;

correct?
A. Yes, sir.
Q. And they are described and identified as airframer parts; correct?
A. Well, it's described as being part of the aircraft.
Q. Right.
A. Yes.
Q. Okay. All right. Let's go back to your report to Paragraph Number 8 -- excuse me, Conclusion Number 8. I'll read that conclusion. "Mechanics such as Mr. Hoff were frequently in close proximity to the above-described asbestos-containing component parts while servicing the aircraft, and breathed in the dust created by the degradation and use of those components."
Did I read that correctly?
A. Yes, you did.
Q. Is that your language or Mr. Shepard's language?
A. It's actually mine. You could tell.
Q. I couldn't. So you're more of a lawyer than you think. I was going to hang it on him.
What do you mean by "degradation"?
A. Decay, wear, that kind of...