IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAYMOND & NANCY HOFF, )
)
Plaintiffs, )
)
) Case No. 23-cv-1315-SMY
vs. )
)
)
AVCO CORP., ET AL., )
)
Defendants. )

VIDEOTAPED DEPOSITION OF RAYMOND A. HOFF

VOLUME I

Taken on behalf of the Defendants
April 25, 2023

Christopher C. Wiegers, CCR-MO, CSR-IL

PohlmanUSA Court Reporting
877-421-0099

about five minutes removing the screws or the bolts, was that dusty?

A. No.

Q. Was there anything dusty about the removal of a clamp at all?

A. Yes.

Q. What was that?

A. When you spread the clamp apart to get it off of the tube, that's when you would get particles coming off of the clamp.

Q. And that's -- that's an activity that lasted seconds?

MR. PATTERSON: Objections.

A. Minutes.

Q. (By Mr. Doeringer) Okay. All right. And you said that the clamps -- you were told that they were -- they were designated as asbestos; is that right?

A. Yes. That's what I was told they were.

Q. Okay. Is that a military specification that they were asbestos clamps?

A. I cannot -- I do not know for sure.

Q. You just know that somebody in the Air Force told you those were asbestos clamps?

A. Yes.

a trash can? Or how -- how did that work?
A. Yes. Unless -- if it was oil-soaked, for sure you would discard it in the trash. If it was just dust in it, you would put it -- could put it back into the barrel that it came from and reuse it.
Q. Do you recall if there was any air monitoring in the shop that was performed by the Air Force or any third party companies? Anything like that?
A. No, there was not.
Q. I don't think I have this in my notes. The insulation material that you said was used on I guess the rear part of the -- the exhaust part of the engines, do you recall the who manufactured that?
A. No, I do not.
Q. All right. Do you have any personal knowledge that those -- that insulation material or the insulation blankets were actually made of asbestos or some other composition?
A. I don't know what composition they were made from.
Q. Okay. Do you have any personal knowledge that any of the seals or gaskets used on any of the engines that you worked on at Chanute or Shaw Air Force Base or Castle Air Force Base contained any asbestos or were composed of asbestos?
A. I don't know what the compounds were that they were

made from.

MR. KEMP: All right, Mr. Hoff. I'm going to review my notes. I think that's all the questions I have for you right now. I appreciate your time. And thank you for your service.

THE WITNESS: You're welcome.

MR. PATTERSON: So, Mr. Hoff, I just want to see how you're feeling. It's about 3:30 right now. Do you want to try and keep going? Do you want to break for the day? What would you like to do.

THE WITNESS: How long will the next individual want to take approximately?

MR. PATTERSON: Do we -- do we have somebody that thinks they can wrap up in about 15 or 20 minutes?

THE WITNESS: I'll do another half hour or 45 at the most.

MR. PATTERSON: Okay. Let's just call it a half hour. I don't want you pushing yourself too much.

Do we have anybody that thinks they can go and wrap up their questioning in a half hour or less?

(No response.)

MR. PATTERSON: Well, Mr. Hoff, I think we're going to break for day then because it sounds like people have more extensive questioning.