IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAYMOND & NANCY HOFF, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) Case No. 23-cv-1315-SMY |
| vs. | ) |
| | ) |
| | ) |
| AVCO CORP., ET AL., | ) |
| | ) |
| Defendants. | ) |

VIDEOTAPED DEPOSITION OF RAYMOND A. HOFF

VOLUME II

Taken on behalf of the Defendants
April 26, 2023

Christopher C. Wiegers, CCR-MO, CSR-IL

PohlmanUSA Court Reporting
877-421-0099

engine is ran at depot without a QEC kit and without those accessories on it to marry it to an aircraft. So --

Q. Okay. Am I correct that any of the accessories in a QEC kit -- just talking about that -- any gaskets that are used on accessory in a QE -- in one of those kits, those -- the purpose of those is to hold in fluid; would you agree with that?

A. They're either to hold in fluid, hold in air, yes. You have gaskets on air ducts. You have gaskets on fuel. You have air duct -- or you have gaskets on hydraulics, oil.

Q. Would -- would I be correct in saying that any of the gaskets you removed from a fuel source or hydraulic oil source, those gaskets would be wet with either the fuel or the -- or the hydraulic fluid; is that true?

MR. PATTERSON: Objection. Form. Foundation. Assumes facts.

A. More than likely, yes.

Q. (By Mr. Kemp) Okay. And when you installed new gaskets on those parts, would you do anything to the gaskets before you mounted the part back, you know, to the metal-to-metal surface?

A. Depending on what the requirements were from the tech data. If the tech data called for applying adhesive to the gasket, yes. If it didn't require adhesive, then no.